# Exhibit P

Part 4

1  WILLIAM J. GOINES (SBN: 61290)
   CINDY HAMILTON (SBN: 217951)
2  LINDSAY E. HUTNER (SBN: 238998)
   ALICE Y. CHU (SBN: 264990)
3  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto, California  94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508

6  THOMAS E. DUTTON (Admitted *Pro Hac Vice*)
   DANIEL G. HILDEBRAND (Admitted *Pro Hac Vice*)
7  GREENBERG TRAURIG, LLP
   77 West Wacker Drive, Suite 3100
8  Chicago, IL 60601
   Telephone: 312-456-8400
9  Facsimile: 312-456-8435

10 Attorneys for Plaintiffs in M115143 / Defendants in M112710
   and Defendant Stanley Harrelson

11

**FILED**

**MAR 1 1 2014**

KEN TORRE
CLERK OF THE SUPERIOR COURT
_____ DEPUTY
W.G. RAGLAND

FILED BY FACSIMILE

12              SUPERIOR COURT OF THE STATE OF CALIFORNIA

13                      FOR THE COUNTY OF MONTEREY

14

15 MONTEREY BAY MILITARY HOUSING,          Case No. M112710 (M115143)
   LLC, et al.,
16                                         [PROPOSED] ORDER GRANTING
                Plaintiffs;                JENNIFER B. MOORE'S APPLICATION TO
17                                         APPEAR PRO HAC VICE ON BEHALF OF
   v.                                      DEFENDANTS  PINNACLE MONTEREY
18                                         LLC, PINNACLE IRWIN LLC, AMERICAN
   PINNACLE MONTEREY LLC, et al.,          MANAGEMENT SERVICES CALIFORNIA
19                                         INC., AND AMERICAN MANAGEMENT
                Defendants.                SERVICES LLC (D/B/A PINNACLE)
20
                                           Date:    March 7, 2014
21                                         Time:    9:00 a.m.
                                           Dept:    15
22

23

24        Defendants and Consolidated Plaintiffs Pinnacle Monterey LLC and Pinnacle Irwin LLC and

25 Defendants/Cross-Complainants American Management Services California Inc. and American

26 Management Services LLC's Application pursuant to Rule 9.40 of the California Rules of Court for

27 an Order permitting Jennifer B. Moore of Greenberg Traurig, LLP to appear *pro hac vice* in this

28 matter as an attorney of record for Defendants came regularly before me.

                                              1

1    Having considered all papers filed in support of the Application, the Court finds that good

2    cause exists for granting the Application.

3    IT IS HEREBY ORDERED THAT the Application is granted in its entirety and Jennifer B.

4    Moore of Greenberg Traurig, LLP,  is hereby admitted *pro hac vice* to act as counsel of record in this

5    action on behalf of Defendants.

6

7    Dated:  3/11/2014

8    Judge of the Superior Court

9    SUSAN J. MATCHAM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER GRANTING APPLICATION OF JENNIFER B. MOORE  TO APPEAR PRO HAC VICE AS COUNSEL FOR DEFENDANTS

1 | Monterey Bay Military Housing, et al. v. Pinnacle Monterey LLC, et al.     Case No. M112710(M115143)

2 | **PROOF OF SERVICE**

3 |     I, Cathy Sandifer, declare that I am a citizen of the United States, over the agent of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and

4 | my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On the date set forth below, I served the following documents:

5 |

6 | **[PROPOSED] ORDER GRANTING APPLICATION OF JENNIFER B. MOORE TO APPEAR *PRO HAC VICE* ON BEHALF OF PINNACLE MONTEREY LLC, PINNACLE IRWIN LLC, AMERICAN MANAGEMENT SERVICES CALIFORNIA**

7 | **INC., AND AMERICAN MANAGEMENT SERVICES LLC (D/B/A PINNACLE)**

8 | ☐     by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the

9 | sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule

10 | 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly

11 | issued by the transmitting facsimile machine.

12 | ☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth

13 | below.

14 | ☐     by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

15 |

16 | ☒     **(BY ELECTRONIC MAIL ("EMAIL") SERVICE.** I caused such document(s) to be transmitted electronically to the email addresses as set forth below.

17 | ☐     **(BY MESSENGER PERSONAL SERVICE).** I caused delivery of such envelope by hand via courier service to the offices of the addressee.

18 |

19 | **_Counsel for Plaintiffs_**             **_Counsel for Plaintiffs_**
Ronald S. Granberg, Esq.             Donna M. Welch, Esq.

20 | Justin O'Connell, Esq.               Jeffrey L. Willian, Esq.
Granberg Law Firm                Daniel C. Moore, Esq.

21 | 134 Central Ave.                   Kirkland & Ellis LLP
Salinas, CA 93901                300 N. LaSalle

22 | Fax No. (831) 422-5550             Chicago, IL 60654
Email: Justin@granberglaw.com;     Fax: (312) 862-2200

23 |        ron@granberg.com           Email: dwelch@kirkland.com;
                            daniel.moore@kirkland.com;

24 |                             jeffrey.willian@kirkland.com;
                            amy.crawford@kirkland.com;

25 |                             yfrench@kirkland.com

26 |

27 |

28 |

1

2   *VIA EMAIL AND U.S. MAIL:*                          *Counsel for Lockton Companies, et al.*
                                                       Scott A. Edelman
3   *Counsel for Lockton Companies LLC, et al.*         Elizabeth M Virga
    Linda Dakin-Grimm                                  Milbank, Tweed, Hadley & McCloy LLP
4   Delilah Vinzon                                     1 Chase Manhattan Plaza
    Milbank, Tweed, Hadley & McCloy LLP                New York, NY  10005-1413
5   601 S. Figueroa St., 30ᵗʰ Fl.                      Fax: (212) 530-5219
    Los Angeles, CA  90017                             Email:  sedelman@milbank.com;
6   Fax: (213) 629-5063                                        evirga@milbank.co
    Email: ldakin-grimm@milbank.com;
7   dvinzon@milbank.com

8   *Counsel for John Goodman and Goodman*
    *Real Estate*
9   Douglas R. Young
    Karen Kimmey
10  Jennifer A. Teaford
    Farella Braun & Martel LLP
11  235 Montgomery St.
    San Francisco, CA  94104
12  Fax: (415) 954-4480
    Email:  dyoung@fbm.com;
13  kkimmey@fbm.com; jteaford@fbm.com

14

15      I am readily familiar with the business practice of my place of employment in respect to the
    collection and processing of correspondence, pleadings and notices for mailing with United States
16  Postal Service/Express Mail, Federal Express and other overnight mail services.  The foregoing
    sealed envelope was placed for collection and mailing this date consistent with the ordinary business
17  practice of my place of employment, so that it will be picked up this date with postage thereon fully
    prepaid at East Palo Alto, California, in the ordinary course of such business.

18      I declare under penalty of perjury under the laws of the State of California that the foregoing
    is true and correct.  Executed on January 31, 2014, at East Palo Alto, California.

19

20                                          _Cathy Sandifer_____
                                           Cathy Sandifer

21

22

23

24

25

26

27

28

1  Linda Dakin-Grimm (SBN 119630)
   Delilah Vinzon (SBN 222681)
2  MILBANK, TWEED, HADLEY & MCCLOY LLP
   601 South Figueroa Street, 30th Floor
3  Los Angeles, CA 90017
   Telephone: (213) 892-4000
4  Facsimile: (213) 629-5063

5
   Scott A. Edelman (Admitted *Pro Hac Vice*)
6  Elizabeth M. Virga (Admitted *Pro Hac Vice*)
   MILBANK, TWEED, HADLEY & MCCLOY LLP
7  1 Chase Manhattan Plaza
   New York, NY 10005-1413
8  Tel: (212) 530-5000
   Fax: (212) 530-5219
9

10 *Attorneys for Lockton Companies, LLC and*
   *Denver Series of Lockton Companies, LLC*
11

12                 SUPERIOR COURT OF THE STATE OF CALIFORNIA
13                        FOR THE COUNTY OF MONTEREY

14 MONTEREY BAY MILITARY              Case No.: M 112710 (M115143)
   HOUSING, LLC, et al.,
15
                                      [Proposed] ORDER ON DEFENDANTS
16                        Plaintiffs,  LOCKTON COMPANIES, LLC AND DENVER
                                      SERIES OF LOCKTON COMPANIES, LLC'S
17          vs.                        MOTION FOR ORDER DETERMINING
                                      GOOD FAITH SETTLEMENT
18
19 PINNACLE MONTEREY LLC, et al.,
                                      Date:        March 19, 2014
20                        Defendants.  Time:        1:30 p.m.
                                      Dept:        14
21

22

23

24

25

26

27

28

1    A hearing on Defendants Lockton Companies, LLC and Denver Series of Lockton

2 Companies, LLC's ("Lockton") Motion for Order Determining Good Faith Settlement was heard on

3 March 19, 2014, at 1:30 p.m. in Department 14 of the above-titled Court.

4    After review of the papers and file herein, and after receipt of argument, the Court finds and

5 orders as follows:

6    1.    The Settlement Agreement entered into between Plaintiffs, Lockton, and Clark Realty

7 Capital L.L.C. and their respective affiliates on February 26, 2014 was entered into in good faith

8 pursuant to California Code of Civil Procedure § 877.6.

9    2.    Lockton is discharged from any claims for total or partial equitable contribution and/or

10 indemnity that may be brought by any other party to this action.

11

12

13 _____          _____

     Date                                Judge of the Superior Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON DEFENDANTS LOCKTON COMPANIES, LLC AND DENVER SERIES OF LOCKTON
COMPANIES, LLC'S MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT

CIV-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Linda Dakin-Grimm (SBN 119630), Delilan Vinzon (SBN 222681) Milbank, Tweed, Hadley & McCloy LLP, 601 S. Figueroa St., 30th Fl., Los Angeles, CA 90017 | |

TELEPHONE NO  (213) 892-4000        FAX NO  (213) 629-5063
E-MAIL ADDRESS  dvinzon@milbank.com
ATTORNEY FOR (Name)  Lockton Companies, LLC and Denver Series of Lockton Companies, LLC

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS  1200 Aguajito Road
MAILING ADDRESS:
CITY AND ZIP CODE  Monterey, CA  93940
BRANCH NAME: Monterey

PLAINTIFF/PETITIONER:  Monterey Bay Military Housing, LLC, et al.

DEFENDANT/RESPONDENT:  Pinnacle Monterey LLC, et al.

| NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE | CASE NUMBER |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death ☐ Motor Vehicle    ☐ Other ☐ Family Law ☐ Eminent Domain ☒ Other (specify): Fraud; Breach of Fiduciary Duty | M112710 (M115143) |

**TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS:** A dismissal was entered in this action by the clerk as shown on the *Request for Dismissal. (Attach a copy completed by the clerk.)*

Date: April 8, 2014

Ryan Austin
(TYPE OR PRINT NAME OF   ☒ ATTORNEY    ☐ PARTY WITHOUT ATTORNEY)                    (SIGNATURE)

**PROOF OF SERVICE**

1. I am over the age of 18 and not a party to this cause. My residence or business address is:

2. ☒ I am a resident of or employed in the county where the mailing occurred. I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by mailing them, in a sealed envelope with postage fully prepaid, as follows:
   a. ☐ I deposited the envelope with the United States Postal Service.
   b. ☒ I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
   c. Date of deposit: April 8, 2014       d. Place of deposit *(city and state):* Los Angeles, CA
   e. Addressed as follows *(name and address):*
      See Attached Service List

3. ☐ I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by personally delivering copies as shown below:
   a. Name of person served:
   b. Address at which person served:
   c. On *(date):*                          d. At *(time):*

4. ☐ I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by electronically serving copies as shown below *(complete if electronic service is used based on a court order or agreement of the parties):*
   a. Name of person served:
   b. Electronic service address of person served:
   c. On *(date):*                          d. At *(time):*
   e. Electronic service address from which I served the documents:
      ☐ Proof of electronic service is attached.

5. ☐ Proof of service on additional parties is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 4/8/14

Beth A. Aalberts
(TYPE OR PRINT NAME)                                        (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-120 [Rev. January 1, 2012]

**NOTICE OF ENTRY OF DISMISSAL
AND PROOF OF SERVICE**

Code of Civil Procedure, § 58* et seq.
Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

**CIV-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

**Linda Dakin-Grimm (SBN 119630); Delilah Vinzon (SBN 222681)**
Milbank, Tweed, Hadley & McCloy LLP, 601 S. Figueroa Street 30th Fl., Los Angeles, CA 90017

TELEPHONE NO.: 213-892-4000    FAX NO. *(Optional):* 213-629-5063
E-MAIL ADDRESS *(Optional):* ldakin-grimm@milbank.com
ATTORNEY FOR *(Name):* Lockton Companies, LLC and Denver Series of Lockton Companies, LLC

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Monterey
STREET ADDRESS: 1200 Aguajito Road
MAILING ADDRESS:
CITY AND ZIP CODE: Monterey, CA 93940
BRANCH NAME: Monterey

PLAINTIFF/PETITIONER: Monterey Bay Military Housing, LLC, et al.

DEFENDANT/RESPONDENT: Pinnacle Monterey LLC, et al.

**FILED**

**MAR 2 5 2014**

KEN TORRE
CLERK OF THE SUPERIOR COURT
*Alina Oliver*   DEPUTY

FILED BY FACSIMILE

| REQUEST FOR DISMISSAL | CASE NUMBER: M112710 (M115143) |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ✔ With prejudice   (2) ☐ Without prejudice
   b. (1) ☐ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name):*                        on *(date):*
      (4) ☐ Cross-complaint filed by *(name):*                        on *(date):*
      (5) ☐ Entire action of all parties and all causes of action
      (6) ✔ Other *(specify):* All causes of action against Lockton Companies, LLC and Denver Series of Lockton Companies, LLC

2. *(Complete in all cases except family law cases.)*
   The court ☐ did ✔ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: *March 25, 2014*

(TYPE OR PRINT NAME OF ✔ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                    ▶ _____ (SIGNATURE)

*If dismissal requested is of specified parties only or of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ✔ Defendant/Respondent
☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date: March 25, 2013
   Stipulation filed by Plaintiffs and Defendants Attached
   (TYPE OR PRINT NAME OF ✔ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)          ▶ _____ (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ✔ Defendant/Respondent
☐ Cross-Complainant

*(To be completed by clerk)*
4. ☐ Dismissal entered as requested on *(date):*
5. ✔ Dismissal entered on *(date):* MAR 2 5 2014    as to only *(name):* 1. a. (i) b. (6) only
6. ☐ Dismissal not entered as requested for the following reasons *(specify):*

7. a. ✔ Attorney or party without attorney notified on *(date):* APR 0 2 2014
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed   ☐ means to return conformed copy

Date: MAR 2 5 2014   **KEN TORRE** Clerk, by _____ Alina Oliver _____ , Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

1

**SERVICE LIST**
**Monterey Bay Military Housing, LLC et al. v. Pinnacle Monterey LLC, et a.**
**Case No.: M 112710 (M115143)**

2

3

William J. Goines, Esq.

4

Cindy Hamilton, Esq.
*Greenberg Traurig, LLP*

5

1900 University Ave., 5th Floor
East Palo Alto, CA 94303

6

7

Ronald S. Granberg, Esq.
Justin M. O'Connell, Esq.
*Granberg Law Office*

8

134 Central Avenue
Salinas, CA  93901

9

10

Jeffrey L. Willian, Esq.
Donna M. Welch, Esq.

11

Daniel C. Moore, Esq.
*Kirkland & Ellis LLP*

12

300 N. LaSalle
Chicago, IL 60654

13

14

Douglas R. Young, Esq.
Karen Kimmey, Esq.

15

*Farella Braun & Martel, LLP*
235 Montgomery Street
San Francisco, CA 94104

16

17

Thomas Dutton, Esq.
Daniel Hildebrand, Esq.

18

*Greenberg Traurig, LLP*
77 West Wacker Drive

19

Chicago, IL 60601

20

21

22

23

24

25

26

27

28

1   Ronald S. Granberg, Esq. (Bar No. 80111)
    Justin M. O'Connell, Esq. (Bar No. 232188)
2   **Granberg Law Office**
    134 Central Avenue
3   Salinas, California 93901
    telephone: (831) 422-6565
4   facsimile: (831) 422-5550

5   Jeffrey L. Willian, Esq. (*pro hac vice*)
    Donna M. Welch, Esq. (*pro hac vice*)
6   Daniel C. Moore, Esq. (*pro hac vice*)
    **Kirkland & Ellis LLP**
7   300 N. LaSalle
    Chicago, IL 60654
8   telephone: (312) 862-2425
    facsimile: (312) 862-2200
9

10  **Attorneys for:  Plaintiffs/Cross-Defendants (M112710); Defendants (M115143)**

11          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12                   **COUNTY OF MONTEREY**

13  Monterey Bay Military Housing, LLC,          Case No. M 112710 (M115143)
    et al.,
14                                               **NOTICE OF ENTRY OF**
15              Plaintiffs,                       **ORDER**

16         vs.

17  Pinnacle Monterey LLC, et al.,

18
                Defendants.
19  And related consolidated action.

20

21          Notice is hereby given that on April 30, 2014 the Court entered the attached

22  Order After *Ex Parte* Hearing to Continue Trial for the *ex parte* hearing of April 9,

23  2014 in this matter.

24

25  5/2/14

26  Date                            Justin M. O'Connell, Esq.

27  ///

28  ///

1  Ronald S. Granberg, Esq. (Bar No. 80111)
   Justin M. O'Connell, Esq. (Bar No. 232188)
2  Granberg Law Office
   134 Central Avenue
3  Salinas, California 93901
   telephone: (831) 422-6565
4

5  Jeffrey L. Willian, Esq. (*pro hac vice*)
   Donna M. Welch, Esq. (*pro hac vice*)
6  Daniel C. Moore, Esq. (*pro hac vice*)
   Kirkland & Ellis LLP
7  300 N. LaSalle
   Chicago, IL 60654
8  telephone: (312) 862-2425
   facsimile: (312) 862-2200
9

   **Attorneys for:  Plaintiffs**
10

**FILED**

APR 3 0 2014

**TERESA A. RISI**
CLERK OF THE SUPERIOR COURT
————————————DEPUTY
**K. BARTLETT**

11          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12                   **COUNTY OF MONTEREY**

13  Monterey Bay Military Housing, LLC,          Case No. M 112710 (M115143)

14   et al.,                                     **ORDER AFTER *EX PARTE***
                                                 **HEARING  TO  CONTINUE**
15          Plaintiffs,                          **TRIAL**

16   vs.
                                                 Date:   April 9, 2014
17  Pinnacle Monterey LLC, et al.,               Time:   1:30 p.m.
                                                 Dept:   14
            Defendants.
18  ─────────────────────────────────
19  And related consolidated action and cross-
    complaint.
20

21          On April 9, 2014, at 1:30 p.m. before the Honorable Thomas W. Wills, the

22  Court heard Plaintiffs' *Ex Parte* Motion to Continue Trial.  Counsel for all

23  remaining parties were present, and all counsel stipulated to continue the June 27,

24  2014 settlement conference to October 24, 2014, to continue the August 4, 2014 trial

25  to February 2, 2015, and to continue all deadlines to coincide with the new trial date

26  as if it were the initial trial date (e.g., discovery cut-offs, expert witness information

27  exchanges and summary judgment motions).

28  ///

1    IT IS HEREBY ORDERED THAT the June 27, 2014 Settlement Conference
2  is continued to October 24, 2014, at 1:30 p.m. to be assigned out of Department 14,
3  that the August 4, 2014 trial is continued to February 2, 2015, at 8:30 a.m. to be
4  assigned out of Department 14, that all deadlines will coincide with the new trial
5  date as if it were the initial trial date (e.g., discovery cut off, expert witness
6  information exchanges and summary judgment motions), and that a trial
7  management conference is set for *JANUARY 23*, 2015, at *1:30 pm*,
8  to be assigned out of Department 14.

                                        THOMAS W. WILLS

9

10

11  Date: _____       _____

12                          Judge of the Superior Court

13

14      Approved as to form and content,

15

16  Date: _____       **" SEE ATTACHED "**
                            _____

17                          William J. Goines, Esq.

18

19

20  Date: 04/11/2014        _____

21                          Karen P. Kimmey, Esq.

22                          **FILED BY FACSIMILE**

23

24

25

26

27

28

1       IT IS HEREBY ORDERED THAT the June 27, 2014 Settlement Conference

2 is continued to October 24, 2014, at 1:30 p.m. to be assigned out of Department 14,

3 that the August 4, 2014 trial is continued to February 2, 2015, at 8:30 a.m. to be

4 assigned out of Department 14, that all deadlines will coincide with the new trial

5 date as if it were the initial trial date (e.g., discovery cut off, expert witness

6 information exchanges and summary judgment motions), and that a trial

7 management conference is set for _JANUARY 23_, 2015, at _1:30 pm_,

8 to be assigned out of Department 14.

9

10

11 Date: _7/30/14_               _(signature)_

12                               THOMAS W. WILLS
                     Judge of the Superior Court

13

14       Approved as to form and content,

15

16 Date: _4-10-14_             _(signature)_

17                     William J. Goines, Esq.

18                     **FILED BY FACSIMILE**

19

20 Date: _____     " SEE ATTACHED "

21                     Karen P. Kimmey, Esq.

22

23

24

25

26

27

28

**MONTEREY BAY HOUSING v. PINNACLE MONTEREY**     **CASE NO. M 112710**
(M115143)

**PROOF OF SERVICE**

    I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 134 Central Avenue, Salinas, California.

    On May 2, 2014, I caused the following documents entitled:

**NOTICE OF ENTRY OF ORDER**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

☒ BY MAIL. By placing a true copy thereof in a sealed envelope (with postage affixed thereto) in the U.S. Mail at the Law Office of Ronald S. Granberg, 134 Central Avenue, Salinas, CA 93901. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and, in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service in the same day it was placed for collection and processing.

☐ BY PERSONAL DELIVERY. By causing a true copy thereof to be delivered by hand at the address(es) shown below.

☒ BY EMAIL SERVICE. By causing a true copy thereof to be transmitted electronically, by "email", to the email addresses set forth below.

☐ BY FACSIMILE TRANSMISSION. By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 422-5550 to the facsimile number(s) shown below.

And addressed as follows:

| William J. Goines, Esq. | Douglas R. Young, Esq. | Thomas Dutton, Esq. |
|---|---|---|
| Cindy Hamilton, Esq. | Karen Kimmey, Esq. | Daniel Hildebrand, Esq. |
| *Greenberg Traurig, LLP* | *Farella Braun & Martel, LLP* | *Greenberg Traurig, LLP* |
| 1900 University Ave., 5th Floor | 235 Montgomery Street | 77 West Wacker Drive |
| East Palo Alto, CA 94303 | San Francisco, CA 94104 | Chicago, IL 60601 |
| Fax: (650) 328-8508 | Fax: (415) 954-4480 | Fax: (312) 456-8435 |
| Email: goinesw@gtlaw.com; | Email: dyoung@fbm.com; | Email: duttont@gtlaw.com; |
| hamiltonc@gtlaw.com | kkimmey@fbm.com; | hildebrandd@gtlaw.com |
| | jteaford@fbm.com | |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 2, 2014, at Salinas, California.

_____
Steven M. Patterson

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY**<br><br>1200 Aguajito Road<br>Monterey, California  93940<br><br>**Monterey Bay Military, et al vs. Pinnacle Monterey, et al** | Reserved for Clerk's File Stamp<br><br>**FILED**<br><br>JUN 0 2 2014<br><br>TERESA A. RISI<br>CLERK OF THE SUPERIOR COURT<br>P. ESMERALDA, DEPUTY |
| **NOTICE RE TRIAL AND SETTLEMENT CONFERENCE** | Case No.  **M112710** |

Mandatory Settlement Conference is set in Monterey on **October 24, 2014 at  1:30 pm in Courtroom 14**

**Jury Trial: Long Cause Set For February 2, 2015 at  8:30 am, Est. Trial Length Twenty One Days**

Case Type: **Contract: Other (37)**

\*      1200 Aguajito Road, Monterey, California  93940, 2nd Floor

Pursuant to Monterey County Superior Courts' case and trial management policy and rules for civil cases, this case has been designated by the Court as a **CATEGORY 3 CASE**.

It is the responsibility of the litigants to provide their own interpreter who can interpret for them in court. **The Court does not provide interpreters.**

Refer to Local Rules or visit http://www.monterey.courts.ca.gov/.

### CERTIFICATE OF MAILING
(Code of Civil Procedure Section 1013a)

I do hereby certify that I am employed in the County of Monterey. I am over the age of eighteen years and not a party to the within stated cause. I placed true and correct copies of the **SETTLEMENT CONFERENCE**, for collection and mailing this date following our ordinary business practices.  I am readily familiar with the Court's practices for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Services in Salinas, California, in a sealed envelope with postage fully prepaid.  The names and addresses of each person to whom notice was mailed is as follows:

| | | |
|---|---|---|
| William Goines, Esq.<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303 | Douglas Young, Esq.<br>235 Montgomery Street<br>San Francisco, CA  94104 | Justin O'Connell, Esq.<br>134 Central Avenue<br>Salinas, CA  93901 |

Date:      June 2, 2014                              Teresa A. Risi, Clerk of the Court


By: P. Esmeralda _____
       P. Esmeralda, Deputy Clerk



**FILED**

JUN 1 0 2014

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF MONTEREY

TERESA A. RISI
CLERK OF THE SUPERIOR COURT
F. ESMERALDA   DEPUTY

Monterey Bay Military
Housing LLC, et. al.,

**Plaintiff,**

Case No. M112710

v.

**RULING**

Pinnacle Monterey LLC, et. al.,

**Defendant.**

Plaintiffs' Motion to Compel Deposition Subpoenas for Production of Business
Records and Plaintiffs' Motion to Amend the Third Amended Complaint were heard on
June 6, 2014. After oral argument, the court took the matters under submission. Now, at
a later time, the court finds as follows:

### *Motion to Compel Deposition Subpoenas for Production of Business Records*

Plaintiffs seek to compel third party, Five Star Services, to produce business
records sought in deposition subpoenas. This court finds Five Star's objections deficient.
Accordingly, the motion is granted.

### *Motion to Amend the Complaint*

Plaintiffs seek to amend the complaint in order to add a federal RICO cause of
action. At the hearing, Defendants raised a new argument regarding potential prejudice
they will suffer if the complaint is amended due to the recent court approved good faith
settlement between Plaintiffs and Defendants Lockton Companies, LLC and Denver
Series of Lockton Companies, LLC.

Since this argument was not raised in the Opposition papers, the court grants Plaintiffs the opportunity to submit a memo in Reply to the new contention.  The memo is to be filed no later than June 17, 2014.

Date:

ROBERT O'FARRELL

Hon. Robert A. O'Farrell
Judge of the Superior Court

## CERTIFICATE OF MAILING
(Code of Civil Procedure Section 1013a)

I do hereby certify that I am employed in the County of Monterey. I am over the age of eighteen years and not a party to the within stated cause. I placed true and correct copies of the **Ruling** for collection and mailing this date following our ordinary business practices. I am readily familiar with the Court's practices for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Services in Salinas, California, in a sealed envelope with postage fully prepaid. The names and addresses of each person to whom notice was mailed is as follows:

Justin M. O'Connell, Esq.
134 Central Avenue
Salinas, CA 93901

Douglas Rea Young, Esq.
235 Montgomery Street
San Francisco, CA 94104

William J. Goines, Esq.
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303

Kurt D. Hendrickson, Esq.
300 Capitol Mall, Suite 1125
Sacramento, CA 95814

Date: **JUN 1 0 2014**

TERESA A. RISI, Clerk of the Superior Court,

P. ESMERALDA
_____, Deputy Clerk

//

1   WILLIAM J. GOINES (SBN: 61290)
     CINDY HAMILTON (SBN: 217951)
2   LINDSAY E. HUTNER (SBN: 238998)
     ALICE Y. CHU (SBN: 264990)
3   GREENBERG TRAURIG, LLP
     1900 University Avenue, Fifth Floor
4   East Palo Alto, California  94303
     Telephone: (650) 328-8500
5   Facsimile: (650) 328-8508

6   THOMAS E. DUTTON (Admitted *Pro Hac Vice*)
     DANIEL G. HILDEBRAND (Admitted *Pro Hac Vice*)
7   GREENBERG TRAURIG, LLP
     77 West Wacker Drive, Suite 3100
8   Chicago, IL 60601
     Telephone: 312-456-8400
9   Facsimile: 312-456-8435

10  Attorneys for Plaintiffs in M115143 / Defendants in M112710
     and Defendant Stanley Harrelson

11

12

13         SUPERIOR COURT OF THE STATE OF CALIFORNIA

14              FOR THE COUNTY OF MONTEREY

**FILED**

**JUN 1 9 2014**

**TERESA A. RISI**
CLERK OF THE SUPERIOR COURT
_____DEPUTY

E. Rimando

15  MONTEREY BAY MILITARY HOUSING,
     LLC, et al.,
16
          Plaintiffs;
17
     v.
18
     PINNACLE MONTEREY LLC, et al.,
19
          Defendants.
20

21  ————————————————————

22  AND RELATED CROSS-ACTION AND
     CONSOLIDATED ACTION
23

Case No. M112710 (M115143)

**DEFENDANTS' APPLICATION FOR ORDER
TO FILE UNDER SEAL AND ORDER
THEREON**

Date:     June 6, 2014
Time:    9:00 a.m.
Dept.:    15

Complaint Filed: June 15, 2011
Trial Date: February 2, 2015

24

25

26

27

28

FILED BY FACSIMILE

APPLICATION FOR ORDER TO FILE UNDER SEAL AND ORDER THEREON

1    The parties hereto entered into a confidentiality agreement that was entered as an order of the

2    court on July 31, 2012 (the "Protective Order") regarding documents and information (Ex. A). The

3    Protective Order states that documents and information that have been designated "Confidential"

4    shall be labeled as such and filed under seal, and in an envelope that is labeled to identify their

5    confidentiality.   (Protective Order, pg. 6, line 19.).   In February 2014, Plaintiffs and Defendants

6    Lockton Companies, LLC and Denver Series of Lockton Companies, LLC (collectively, "Lockton")

7    entered into a Settlement Agreement in this action.  The Settlement Agreement provides that its terms

8    shall be kept confidential. The documents contained in the attached envelope labeled "Confidential

9    Information Subject to Protective Order of the Court" contain information subject to the Protective

10   Order.

11   Defendants Pinnacle Monterey LLC, Pinnacle Irwin LLC, American Management Services

12   California Inc., American Management Services LLC (d/b/a Pinnacle), and Stan Harrelson

13   ("Defendants") request that the contents of such envelope, which are (i) an unredacted copy of

14   Defendants' Supplemental Opposition To Plaintiffs' Motion To Amend Complaint, which contains

15   information taken from the Settlement Agreement and unredacted copy of Lockton's Motion for

16   Order Determining Good Faith Settlement, and (ii) an unredacted copy of Lockton's Motion for

17   Order Determining Good Faith Settlement, which had been filed under seal on or about March 3,

18   2014 and referenced as Exhibit C to the 6/17/14 Chu Declaration filed concurrently herewith, be filed

19   under seal.

20   I declare under penalty of perjury under the laws of the State of California that the foregoing

21   is true and correct.  Executed this 17th day of June, 2014 at East Palo Alto, California.

22   Dated: June 17, 2014.                            GREENBERG TRAURIG, LLP

23

24                                                  By: _____
                                                        William J. Goines
25                                                      Thomas E. Dutton
                                                        Daniel G. Hildebrand
26                                                      Lindsay E. Hutner
                                                        Alice Y. Chu
27                                                      Attorneys for Plaintiffs in M115143 / Defendants in
                                                        M112710

28

                                          1
APPLICATION FOR ORDER TO FILE UNDER SEAL AND ORDER THEREON

1

## ORDER

2      Pursuant to the Protective Order, the contents of the envelope labeled "Confidential

3  Information Subject to Protective Order of the Court" shall be filed under seal.

4     Date: __JUN 1 9 2014__      __THOMAS W. WILLS__

                                Judge of the Superior Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR ORDER TO FILE UNDER SEAL AND ORDER THEREON

# EXHIBIT A

Justin M. O'Connell, Esq. (# 232188)
Granberg Law Office
134 Central Avenue
Salinas, California 93901
telephone: (831) 422-6565
facsimile: (831) 422-5550

JeffreyL. Willian, Esq. *(pro hac vice)*
Donna M. Welch, Esq. *(pro hac vice)*
Daniel C. Moore, Esq. *(pro hac vice)*
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
telephone: (312) 862-2425
facsimile: (312) 862-2200

**Attorneys for:  Plaintiffs**

**FILED**

JUL 3 1 2012

CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
MARIELA HERNANDEZ

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF MONTEREY

| | |
|---|---|
| Monterey Bay Military Housing, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Pinnacle Monterey LLC, et al., <br><br> Defendants. <br><br> And consolidated action | Case No. M 112710(M115143) <br><br> **CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER** |

WHEREAS plaintiffs Monterey Bay Military Housing, LLC, et al., and defendants Pinnacle Monterey, LLC, et al., and likely non-party witnesses possess highly sensitive, proprietary and confidential information that may be disclosed in responding to discovery requests, audit requests or otherwise in this action and that must be protected in order to preserve their legitimate business and personal financial interests, and

WHEREAS the parties have, through counsel, stipulated to the entry of this Protective Order, to prevent unnecessary dissemination or disclosure of such highly sensitive, proprietary and confidential information, during the course of discovery or

otherwise.

## STIPULATION

THEREFORE, THE PARTIES STIPULATE that the following may be entered as the Order of the Court without further notice:

### Definitions

1.        The following definitions shall apply to this Stipulation and Protective Order:

(a)        The term "Confidential Information" means information that the designating party in good faith reasonably believes will disclose confidential and nonpublic technical, commercial, financial, personal or business information that would provide others with an unfair competitive or improper advantage, including but not limited to trade secrets. Confidential Information also means an individual's private or personal information which, if disclosed, would violate the privacy rights of that individual. Confidential Information may include: documents or things produced in this action, by parties or non-parties, including information or data produced in electronic media, (during formal discovery or otherwise); responses to discovery requests; documents and information disclosed in the course of the parties' exercise of audit rights; information or things disclosed during depositions, hearings or at trial; and, information or things referred to, contained within or capable of being derived from expert reports. Information originally designated as "Confidential Information" shall not retain that status after any ruling by the Court denying such status to it.

(b)        The term "designating party" means the party producing or designating information as Confidential Information under this Stipulation and Protective Order.

(c)        The term "receiving party" shall mean the party to whom Confidential

Information is produced.

(d)  The terms "this litigation" and "this action" shall extend to all related litigation between these parties, as specified in Exhibit A.

**Designation of Confidential Information**

2.  Each designating party who produces or discloses any material that it believes constitutes Confidential Information shall designate it as such. In designating Confidential Information, the designating party shall mark the item or each page of a document "Confidential" or "Confidential-Attorney's Eyes/Auditor's Eyes Only."

(a)  Confidential Information may be designated as "Confidential-Attorney's Eyes/Auditor's Eyes Only" when the designating party in good faith reasonably believes the information constitutes (i) trade secrets, (ii) proprietary information and technical specifications, (iii) confidential strategic business plans and projections, and (iv) information that is subject to an express obligation of confidentiality owed by the designating party to a third-party.

(b)  There will be no waiver of confidentiality by the inspection of confidential documents before they are requested by the requesting party and marked "Confidential" or "Confidential-Attorney's Eyes/Auditor's Eyes Only" and produced by the designating party.

(c)  Portions of depositions may be designated "Confidential" or "Confidential-Attorney's Eyes/Auditor's Eyes Only" if they are so designated when the deposition is taken or within 30 days after the deposition transcript is received by the designating party or its counsel.  Pending the 30 day transcript review period, all portions of the transcript and testimony that was not previously designated "Confidential" or "Confidential-Attorney's Eyes/Auditor's Eyes Only" during the deposition shall be considered "Confidential."

3.  The parties recognize that during the course of this litigation, Confidential

1    Information that originated with or is maintained by a non-party may be produced. Such

2    information may be designated by any party as "Confidential" or "Confidential- Attorney's

3    Eyes/Auditor's Eyes Only" and shall be subject to the restrictions contained in this

4    Stipulation and Protective Order. If any Confidential Information is produced by a non-

5    party to this litigation, such a non-party shall be considered a "designating party" within

6    the meaning of that term as it is used in this Stipulation and Protective Order and the

7    parties will each be deemed to be a "receiving party" pursuant to the terms of this

8    Stipulation and Protective Order. A receiving party may designate Confidential

9    Information produced by a non-party by a notice in writing specifically identifying the

10   designated information.

11          4.      Except for testimony, documents and things disclosed in open court, in the

12   event any designating party produces Confidential Information that has not been correctly

13   designated, the designating party may redesignate the information to the same extent as it

14   may have designated the information before production, by a subsequent notice in writing

15   specifically identifying the redesignated information. The parties shall treat such

16   information in accordance with this Stipulation and Protective Order, and shall undertake

17   reasonable efforts to correct any disclosure of such information contrary to the

18   redesignation. No proof of error, inadvertence, or excusable neglect shall be required for

19   such redesignation.

20                   **Disclosure of the Confidential Information**

21          5.      Information designated "Confidential" may be disclosed only to the

22   following:

23               (a)     The attorneys and staff of any law firm acting as outside counsel for a

24       party to this action, the attorneys and staff of legal counsel for a party to this action,

25       the auditors and staff of any firm acting as outside auditors for a party to this action,

26       and those persons specifically engaged for the limited purpose of making

photocopies of documents;

(b)  Independent consultants or experts and their staff not employed by or affiliated with a party who are retained either as consultants or expert witnesses for the purpose of this litigation.

(c)  Employees of either party who provide actual assistance in the conduct of the litigation in which the information is disclosed, but only to the extent necessary to allow them to provide that assistance.

(d)  The Court and Court personnel, and Official Court Reporters to the extent that Confidential Information is disclosed at a deposition or court session which they are transcribing.

(e)  The Superior Court of Muskogee County in the State of Georgia, the Court of Appeals of Georgia, the Supreme Court of Georgia, the Circuit Court for the County of Fairfax in the State of Virginia, the Court of Appeal for the State of California Sixth Appellate District, and the Superior Court of the State of California County of Monterey, as well as all Court personnel and Official Court Reporters to the extent that Confidential Information is disclosed at a deposition or court session which they are transcribing.

(f)  Any witness (including former employees and/or third party witnesses) or his or her counsel in preparation for a deposition or for testifying at trial. Neither a witness nor his or her counsel shall be permitted to retain a copy of materials designated "Confidential" unless otherwise permitted by the terms of this Stipulation and Protective Order.

(g)  The list of persons to whom Confidential Information may be disclosed identified in this Paragraph 5 may be expanded or modified by mutual agreement in writing by counsel for the parties to this action without the necessity of modifying this Stipulation and Protective Order.

(h)    Information designated as "Confidential-Attorney's Eyes/Auditor's Eyes Only" shall be disclosed only to those persons described in Paragraphs 5(a), (b), (d) or (e), or as agreed in accordance with Paragraph 5(g).

(i)    In addition to the foregoing, documents and other information which has been designated "Confidential" may also be disclosed, provided, or summarized to the U.S. Army or to criminal or investigatory authorities.

6.    Prior to receiving Discovery designated as "Confidential" or "Confidential-Attorney's Eyes/Auditor's Eyes Only," each party representative, independent expert, consultant, auditor and their employees shall sign an acknowledgment attached as Exhibit B that such person has read and agrees to abide by this Order. The receiving party's counsel shall maintain the original signed acknowledgments.

## Use and Control of the Confidential Information

7.    All information designated "Confidential" or "Confidential-Attorney's Eyes/Auditor's Eyes Only" shall be used by its recipient solely for the purposes of this litigation and not for any business, competitive or other purpose.

8.    If Confidential Information is contained in trial testimony, the portion of the transcript containing such material may be designated as containing Confidential Information and shall be treated in accordance with this Stipulation and Protective Order.

9.    Discovery marked "Confidential" or "Confidential-Attorney's Eyes/Auditor's Eyes Only" to be presented to the Court shall be (1) labeled "Confidential Information Subject To Protective Order Of The Court" or "Confidential Information-Attorney's Eyes/Auditor's Eyes Only Subject To Protective Order Of The Court," as the case may be, and lodged or filed, if lodged or filed at all, under seal and (2) served in sealed envelopes, or other appropriate containers; labeled "Confidential Information Subject To Protective Order Of The Court" or "Confidential Information-Attorney's Eyes/Auditor's Eyes Only Subject To Protective Order Of The Court," as the case may be.

1   Discovery not designated Confidential or Confidential-Attorney's Eyes/Auditor's Eyes

2   Only may be lodged or filed with the Court without seal. In sealing any discovery, the

3   parties will comply with California Rules of Court Rules 2.550 and 2.551, as well as any

4   applicable rules and orders in any other jurisdiction where such information is sought to be

5   lodged or filed.

6      10.    No person designated in accordance with Paragraphs 5(b), (c), and (g) above

7   shall be provided with access to Confidential Information without understanding and

8   agreeing to the terms of this Order. Counsel for the party providing such access shall be

9   responsible for obtaining such agreement.

10     11.    Any party may disclose its own Confidential Information in any manner that

11  it considers appropriate.

12     12.    Receiving parties shall keep all Confidential Information received from

13  others in a secure area to prevent disclosure of Confidential Information to persons not

14  authorized under this Stipulation and Protective Order.

15                 **Duration of Order, Objection, Modifications**

16     13.    This Stipulation and Protective Order shall remain in full force and effect

17  until modified, superseded or terminated by order of this Court, which may be entered

18  pursuant to agreement of the parties to this action. This Stipulation and Protective Order

19  shall continue in effect after termination of this action and continue to be binding upon all

20  persons to whom Confidential Information is disclosed.

21     14.    Upon final termination of this action (including all appeals), the designating

22  party may demand that the receiving party either return to the designating party (at the

23  designating party's expense) or destroy all Confidential Information received from the

24  designating party within 30 days of the demand. However, outside counsel for the

25  receiving party may retain one copy of the Confidential Information, which shall remain

26  subject to this Stipulation and Protective Order.

1      15.    If the receiving party learns that Confidential Information produced to it is

2  disclosed to or comes into the possession of any person other than in the manner

3  authorized by this Stipulation and Protective Order, the receiving party responsible for the

4  disclosure must immediately inform the designating party of all pertinent facts relating to

5  such disclosure and shall make reasonable efforts to prevent disclosure by each

6  unauthorized person who received such information.

7      16.    Any receiving party may at any time request that the designating party cancel

8  the "Confidential" or "Confidential-Attorney's Eyes/Auditor's Eyes Only" designation on

9  any information produced. Such request shall be served on counsel for the designating

10  party, and shall particularly identify the designated Confidential Information that the

11  receiving party contends should not be designated as confidential and the reasons

12  supporting its contention. If the designating party does not agree to remove the

13  "Confidential" or "Confidential-Attorney's Eyes/Auditor's Eyes Only" designation, then

14  the party contending that such information should not be designated confidential may file a

15  motion to be relieved from the restrictions of this Stipulation and Protective Order with

16  respect to the information in question. On motion to be relieved from the restrictions of

17  this Stipulation and Protective Order, the burden of demonstrating that the information is

18  Confidential information shall be on the designating party.

19                              **No Waiver of Privileges**

20      17.    Production of documents and things shall not constitute a waiver of

21  confidentiality, privilege or immunity from discovery as to such information. If, during the

22  course of this action, a producing party produces a document or any other piece of

23  information that the producing party thereafter claims to be privileged or protected, the

24  producing party may give notice to the receiving party in writing, and the parties agree that

25  the document or information will be returned to the producing party, and all copies, notes,

26  quotations or summaries thereof will be destroyed within five (5) days.

1

**Other Remedies**

2      18.    Nothing in this Stipulation and Protective Order shall prevent any party or

3  non party from seeking additional relief from the Court.

4

5    Dated this __11th__ day of July, 2012.

6

7  Jeffrey L. Willian                Ronald S. Granberg
     Donna M. Welch                Justin M. O'Connell

8  KIRKLAND & ELLIS LLP      GRANBERG LAW OFFICE
     300 North LaSalle Street       134 Central Avenue

9  Chicago, Illinois 60654        Salinas, CA 93901

10

11

12                        *Counsel for Plaintiffs Monterey Bay*

13                        *Military Housing, LLC, et. al.*

14

15    Dated this ___ day of July, 2012.

16                        William J. Goines
                        Cindy Hamilton

17                        Karen Rosenthal
                        Alice Y. Chu

18                        GREENBERG TRAURIG, LLP

19                        1900 University Avenue, Fifth Floor
                        East Palo Alto, California 94303

20

21

22                (attached)

23

24                        *Counsel for Defendants Pinnacle*
                        *Monterey, LLC, et al.*

25

                          **ORDER**

26

1

**Other Remedies**

2     18.     Nothing in this Stipulation and Protective Order shall prevent any party or

3   non party from seeking additional relief from the Court.

4

5

      Dated this ____ day of July, 2012.

6

    Jeffrey L. Willian                          Ronald S. Granberg
7   Donna M. Welch                             Justin M. O'Connell
    KIRKLAND & ELLIS LLP                       GRANBERG LAW OFFICE
8   300 North LaSalle Street                   134 Central Avenue
                                               Salinas, CA 93901
9   Chicago, Illinois 60654

10

11

12                                             *Counsel for Plaintiffs Monterey Bay*
                                               *Military Housing, LLC, et. al.*
13

14

      Dated this *11* day of July, 2012.
15

16                                             William J. Goines
                                               Cindy Hamilton
17                                             Karen Rosenthal
                                               Alice Y. Chu
18                                             GREENBERG TRAURIG, LLP
19                                             1900 University Avenue, Fifth Floor
                                               East Palo Alto, California 94303
20

21

22

23

24                                             *Counsel for Defendants Pinnacle*
                                               *Monterey, LLC, et al.*
25

26                                             **ORDER**

1       IT IS ORDERED THAT the above Stipulation of the parties shall stand as and for

2   the Order of the Court in each and every respect.

3   Dated this _3 1_ day of July 2012.

4

5                                          LYDIA M. VILLARREAL

6                                Superior Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

## EXHIBIT A

| Case Name | Court Name | Docket Number |
|---|---|---|
| **Georgia** | | |
| Fort Benning Family Communities LLC and Fort Belvoir Residential Communities LLC, Plaintiffs, v. American Management Services East LLC and American Management Services LLC (d/b/a Pinnacle), Defendants. | In the Superior Court of Muscogee County State of Georgia | SU10CV2025-F |
| American Management Services East LLC and American Management Services LLC (d/b/a Pinnacle), Appellants, v. Fort Benning Family Communities LLC and Fort Belvoir Residential Communities LLC, Appellees. | In the Court of Appeals of Georgia | A11A0855 |
| American Management Services East LLC and American Management Services LLC (d/b/a Pinnacle), Appellants, v. Fort Benning Family Communities, LLC and Fort Belvoir Residential | In the Supreme Court of Georgia | S12C0630 |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Granberg Law Office
134 Central Avenue
Salinas, CA 93901

11

CONFIDENTIALITY STIPULATION AND ORDER

| | | |
|---|---|---|
| Communities LLC, Appellees. | | |
| Pinnacle Benning LLC and Clark Pinnacle Benning LLC, by and through Pinnacle Benning LLC, a Member, Plaintiffs, v. Clark Realty Capital LLC, and Clark Benning LLC, Defendants. | In the Superior Court of Muscogee County State of Georgia | SU10CV3346-E |
| Pinnacle Benning LLC and Clark Pinnacle Benning LLC, by and through Pinnacle Benning LLC, Appellants, v. Clark Realty Capital LLC and Clark Benning LLC, Appellees. | In the Court of Appeals of Georgia | A11A2408 |
| American Management Services East LLC and American Management Services LLC (d/b/a Pinnacle), Appellants, v. Fort Benning Family Communities LLC and Fort Belvoir Residential Communities LLC, Appellees. | In the Court of Appeals of Georgia | MD-12-14 |

| | | |
|---|---|---|
| American Management Services East LLC and American Management Services LLC (d/b/a Pinnacle), Appellants, v. Fort Benning Family Communities LLC and Fort Belvoir Residential Communities LLC, Appellees. | In the Court of Appeals of Georgia | A12A0980 |
| **Virginia** | | |
| American Management Services LLC (d/b/a Pinnacle), a Washington Limited Liability Company; American Management Services East LLC, a Washington Limited Liability Company; Pinnacle Belvoir LLC, a Washington Limited Liability Company; and Clark Pinnacle Belvoir LLC, a Virginia Limited Liability Company by and through Pinnacle Belvoir LLC, a Member, Plaintiffs. v. Clark Realty Capital LLC, a Delaware Limited Liability Company, Clark Belvoir LLC, a Delaware Limited Liability Company, | In the Circuit Court for the County of Fairfax | 2010 12127 |

Granberg Law Office
114 Central Avenue
Salinas, CA 93901

CONFIDENTIALITY STIPULATION AND ORDER

| | | |
|---|---|---|
| Lawrence C. Nussdorf, Douglas R. Sandor, and W. Cleveland Johnson, Defendants. | | |
| **California Monterey** | | |
| Monterey Bay Military Housing LLC, et al., Plaintiffs, v. Pinnacle Monterey LLC, et al., Defendants. | Superior Court of the State of California | M112710 (M115143) |
| Pinnacle Monterey LLC and Pinnacle Irwin LLC, Petitioners and Defendants, v. The Superior Court of Monterey County, Respondent, Clark Pinnacle Monterey Bay LLC, Clark Monterey Presidio LLC, Clark Pinnacle California Military Communities LLC, and Clark Irwin LLC, Plaintiffs and Real Parties in Interest. | In the Court of Appeal of the State of California Sixth Appellate District | H037903 |
| **California Irwin** | | |
| Pinnacle Irwin, et al., Plaintiffs, v. Clark Realty Capital LLC et al., Defendants. | Superior Court of the State of California County of Santa Clara | 111CV203155 |

CONFIDENTIALITY STIPULATION AND ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT B

## ACKNOWLEDGMENT AND CONSENT TO JURISDICTION

I, _____, acknowledge that I have been given a copy of and have read the Confidentiality Stipulation and Protective Order (hereafter, the "Order") in [case name], Case No. _____, and I agree to be bound by its terms. I acknowledge and agree that any Discovery, as defined in the Order, received by me in connection with this matter and marked "Confidential" or "Confidential-Attorney's Eyes/Auditor's Eyes Only" (hereafter, "Counsel Only"), and any copies, excerpts, summaries and abstracts of such Discovery, shall not be disclosed to or discussed with anyone except as expressly provided in the Order. I further acknowledge and agree that all Discovery received by me in connection with this matter and marked Confidential or Counsel Only, or documents prepared by me based in any way upon such Discovery, shall be used only in the prosecution or defense, including any appeal, of this matter and shall be returned or destroyed at the conclusion of the case.

I consent to the jurisdiction of the Superior Court of California in and for the County of Monterey for the purposes of enforcing the Order and penalizing violations thereof.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

EXECUTED on _____, at _____.
                 Date                      Location

_____
                     Name

Monterey Bay Military Housing, et al. v. Pinnacle Monterey LLC, et al.        Case No. M112710(M115143)

## PROOF OF SERVICE

I, Melinda L. Bailey, declare that I am a citizen of the United States, over the agent of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On the date set forth below, I served the following documents:

**DEFENDANTS' APPLICATION FOR ORDER TO FILE UNDER SEAL AND ORDER THEREON**

☐  by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐  by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

☒  **(BY ELECTRONIC MAIL ("EMAIL") SERVICE.**  I caused such document(s) to be transmitted electronically to the email addresses as set forth below.

☐  **(BY MESSENGER PERSONAL SERVICE).**  I caused delivery of such envelope by hand via courier service to the offices of the addressee.

| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |
|---|---|
| Ronald S. Granberg, Esq. | Donna M. Welch, Esq. |
| Justin O'Connell, Esq. | Jeffrey L. Willian, Esq. |
| Granberg Law Firm | Daniel C. Moore, Esq. |
| 134 Central Ave. | Kirkland & Ellis LLP |
| Salinas, CA  93901 | 300 N. LaSalle |
| Fax No. (831) 422-5550 | Chicago, IL  60654 |
| Email: Justin@granberglaw.com; | Fax: (312) 862-2200 |
| ron@granberg.com | Email:  dwelch@kirkland.com; |
|  | daniel.moore@kirkland.com; |
|  | jeffrey.willian@kirkland.com; |
|  | amy.crawford@kirkland.com; |
|  | yfrench@kirkland.com |

1

2 ***Counsel for John Goodman and Goodman***
***Real Estate***
3 Douglas R. Young
Karen Kimmey
4 Farella Braun & Martel LLP
235 Montgomery St.
5 San Francisco, CA  94104
Fax: (415) 954-4480
6 Email:   dyoung@fbm.com;
kkimmey@fbm.com

7

    I am readily familiar with the business practice of my place of employment in respect to the
8 collection and processing of correspondence, pleadings and notices for mailing with United States
Postal Service/Express Mail, Federal Express and other overnight mail services.   The foregoing
9 sealed envelope was placed for collection and mailing this date consistent with the ordinary business
practice of my place of employment, so that it will be picked up this date with postage thereon fully
10 prepaid at East Palo Alto, California, in the ordinary course of such business.

    I declare under penalty of perjury under the laws of the State of California that the foregoing
11 is true and correct.   Executed on June 17, 2014, at East Palo Alto, California.

12

13 _____
      Melinda L. Bailey

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

1  WILLIAM J. GOINES (SBN: 61290)
   CINDY HAMILTON (SBN: 217951)
2  LINDSAY E. HUTNER (SBN: 238998)
   ALICE Y. CHU (SBN: 264990)
3  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto, California  94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508

6  THOMAS E. DUTTON (Admitted *Pro Hac Vice*)
   DANIEL G. HILDEBRAND (Admitted *Pro Hac Vice*)
7  GREENBERG TRAURIG, LLP
   77 West Wacker Drive, Suite 3100
8  Chicago, IL 60601
   Telephone: 312-456-8400
9  Facsimile:  312-456-8435

10 Attorneys for Plaintiffs in M115143 / Defendants in M112710
   and Defendant Stanley Harrelson

11

12            SUPERIOR COURT OF THE STATE OF CALIFORNIA

13                 FOR THE COUNTY OF MONTEREY

14

15 MONTEREY BAY MILITARY HOUSING,       Case No. M112710 (M115143)
   LLC, et al.,
16                                       [PROPOSED] ORDER GRANTING ADAM B.
                  Plaintiffs;            LANDA'S APPLICATION TO APPEAR PRO
17                                       HAC VICE ON BEHALF OF DEFENDANTS
   v.                                    PINNACLE MONTEREY LLC, PINNACLE
18                                       IRWIN LLC, AMERICAN MANAGEMENT
   PINNACLE MONTEREY LLC, et al.,        SERVICES CALIFORNIA INC., AND
19                                       AMERICAN MANAGEMENT SERVICES
                  Defendants.            LLC (D/B/A PINNACLE)
20
                                         Date:    July 11, 2014
21                                       Time:    9:00 a.m.
                                         Dept:    15
22

23

24     Defendants Pinnacle Monterey LLC, Pinnacle Irwin LLC, American Management Services

25 California Inc., American Management Services LLC (d/b/a Pinnacle), and Stan Harrelson in the

26 M112710 Action, and Plaintiffs Pinnacle Irwin LLC and Pinnacle Monterey LLC in the M115143

27 Consolidated Action's Application pursuant to Rule 9.40 of the California Rules of Court for an

28
                                         1
   ORDER GRANTING APPLICATION OF ADAM B.  LANDA TO APPEAR PRO HAC VICE AS COUNSEL FOR
                              DEFENDANTS

FILED JUL 1 7 2014 TERESA A. RISI CLERK OF THE SUPERIOR COURT DEPUTY V. Stolorow

1    Order permitting Adam B. Landa of Greenberg Traurig, LLP to appear *pro hac vice* in this matter as

2    an attorney of record for Defendants came regularly before me.

3            Having considered all papers filed in support of the Application, the Court finds that good

4    cause exists for granting the Application.

5            IT IS HEREBY ORDERED THAT the Application is granted in its entirety and Adam B.

6    Landa of Greenberg Traurig, LLP, is hereby admitted *pro hac vice* to act as counsel of record in this

7    action on behalf of Defendants.

8

9    Dated: ___JUL 1 7 2014___          ___THOMAS W. WILLS___

10                                        Judge of the Superior Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2
     ORDER GRANTING APPLICATION OF ADAM B. LANDA TO APPEAR PRO HAC VICE AS COUNSEL FOR
                                    DEFENDANTS

Monterey Bay Military Housing, et al. v. Pinnacle Monterey LLC, et al.        Case No. M112710(M115143)

## PROOF OF SERVICE

I, Melinda L. Bailey, declare that I am a citizen of the United States, over the agent of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On the date set forth below, I served the following documents:

**[PROPOSED] ORDER GRANTING ADAM B. LANDA'S APPLICATION TO APPEAR PRO HAC VICE ON BEHALF OF DEFENDANTS PINNACLE MONTEREY LLC, PINNACLE IRWIN LLC, AMERICAN MANAGEMENT SERVICES CALIFORNIA INC., AND AMERICAN MANAGEMENT SERVICES LLC (D/B/A PINNACLE)**

☒  by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine.  Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.  The transmission report was properly issued by the transmitting facsimile machine.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐  by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

☒  **(BY ELECTRONIC MAIL ("EMAIL") SERVICE.**  I caused such document(s) to be transmitted electronically to the email addresses as set forth below.

☐  **(BY MESSENGER PERSONAL SERVICE).**  I caused delivery of such envelope by hand via courier service to the offices of the addressee.

| **_Counsel for Plaintiffs_** | **_Counsel for Plaintiffs_** |
|---|---|
| Ronald S. Granberg, Esq. | Donna M. Welch, Esq. |
| Justin O'Connell, Esq. | Jeffrey L. Willian, Esq. |
| Granberg Law Firm | Daniel C. Moore, Esq. |
| 134 Central Ave. | Kirkland & Ellis LLP |
| Salinas, CA 93901 | 300 N. LaSalle |
| Fax No. (831) 422-5550 | Chicago, IL 60654 |
| Email: Justin@granberglaw.com; | Fax: (312) 862-2200 |
| ron@granberg.com | Email: dwelch@kirkland.com; |
| | daniel.moore@kirkland.com; |
| | jeffrey.willian@kirkland.com; |
| | amy.crawford@kirkland.com; |
| | yfrench@kirkland.com |

***Counsel for John Goodman and Goodman
Real Estate***
Douglas R. Young
Karen Kimmey
Farella Braun & Martel LLP
235 Montgomery St.
San Francisco, CA  94104
Fax:  (415) 954-4480
Email:   dyoung@fbm.com;
kkimmey@fbm.com

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 10, 2014, at East Palo Alto, California.

_____
Melinda L. Bailey

PROOF OF SERVICE

1  Ronald S. Granberg, Esq. (Bar No. 80111)
   Justin M. O'Connell, Esq. (Bar No. 232188)
2  Granberg Law Office
   134 Central Avenue
3  Salinas, California 93901
   telephone: (831) 422-6565
4  facsimile: (831) 422-5550

5  Jeffrey L. Willian, Esq. (*pro hac vice*)
   Donna M. Welch, Esq. (*pro hac vice*)
6  Daniel C. Moore, Esq. (*pro hac vice*)
   Kirkland & Ellis LLP
7  300 N. LaSalle
   Chicago, IL 60654
8  telephone: (312) 862-2425
   facsimile: (312) 862-2200

9

10  Attorneys for:  Plaintiffs

11          SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                  COUNTY OF MONTEREY

13  Monterey Bay Military Housing, LLC,          Case No. M 112710 (M115143)
    et al.,
14                                               **NOTICE OF ENTRY OF**
                                                 **ORDER**
15              Plaintiffs,

16      vs.

17  Pinnacle Monterey LLC, et al.,

18
                Defendants.
19  And related consolidated action.

20

21          Notice is hereby given that on July 24, 2014 the Court entered the attached

22  Stipulation and Order Thereon.

23

24  _7/29/14_____          _____

25  Date                              Justin M. O'Connell, Esq.

26

27

28

**FILED**

JUL 24 2014

**TERESA A. RISI**
CLERK OF THE SUPERIOR COURT
~~J. NICHOLSON~~ DEPUTY

1  Ronald S. Granberg, Esq. (Bar No. 80111)
   Justin M. O'Connell, Esq. (Bar No. 232188)
2  Granberg Law Office
   134 Central Avenue
3  Salinas, California 93901
   telephone: (831) 422-6565
4  facsimile: (831) 422-5550

5  Jeffrey L. Willian, Esq. (*pro hac vice*)
   Donna M. Welch, Esq. (*pro hac vice*)
6  Daniel C. Moore, Esq. (*pro hac vice*)
   Kirkland & Ellis LLP
7  300 N. LaSalle
   Chicago, IL 60654
8  telephone: (312) 862-2425
   facsimile: (312) 862-2200

9

10  Attorneys for:  Plaintiffs

11          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12                      **COUNTY OF MONTEREY**

13  Monterey Bay Military Housing, LLC,        Case No. M112710 (M115143)
14     et al.,
                                               **STIPULATION AND ORDER**
15          Plaintiffs,                        **THEREON**

16       vs.

17  Pinnacle Monterey LLC, et al.,
            Defendants.
18
19  And related cross-complaint and
    consolidated action.
20

21      Monterey Bay Military Housing, LLC, Clark Pinnacle Monterey Bay LLC,

22  Clark Monterey Presidio LLC, California Military Communities LLC, Clark

23  Pinnacle California Military Communities LLC, and Clark Irwin LLC (collectively

24  "Plaintiffs"), hereby enter into a stipulation with Pinnacle Monterey LLC, Pinnacle

25  Irwin LLC, American Management Services California Inc., and American

26  Management Services LLC d/b/a Pinnacle (collectively "Pinnacle") as follows:

27  ///

28

FILED BY FACSIMILE

1. To the extent that Pinnacle, in producing Yardi data and/or Yardi databases to Plaintiffs in connection with this litigation, produces any Yardi data that relate to Pinnacle projects other than those at issue in this litigation (i.e., data relating to projects other than Fort Benning, Fort Belvoir, Monterey, or the Irwin/Moffett/Parks projects) (hereafter "Other Project Data"), Plaintiffs agree not to make use of any such Other Project Data in connection with this litigation or otherwise.

2. Plaintiffs' attorneys, auditors or agents also agree to make a good faith effort to avoid reviewing such Other Project Data, and to only review such data to the extent necessary to determine which project it relates to.

3. Plaintiffs further agree that Yardi data shall be treated as Confidential in accordance with the July 31, 2012 Confidentiality Stipulation and Protective Order on file herein.

7-18-14
Date

_____
, attorney for Plaintiffs

7/18/14
Date

_____
, attorney for Pinnacle

**FILED BY FACSIMILE**

**ORDER**

So ordered.

**JUL 24 2014.**
Date

**THOMAS W. WILLS**
Judge of the Superior Court

Ginsburg Law Office
134 Central Avenue
Salinas, CA 93901

2

**MONTEREY BAY HOUSING v. PINNACLE MONTEREY**    **CASE NO. M 112710**
(M115143)

### PROOF OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 134 Central Avenue, Salinas, California.

On July 22, 2014, I caused the following documents entitled:

**STIPULATION AND ORDER THEREON**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

☒ BY MAIL. By placing a true copy thereof in a sealed envelope (with postage affixed thereto) in the U.S. Mail at the Law Office of Ronald S. Granberg, 134 Central Avenue, Salinas, CA 93901. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and, in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service in the same day it was placed for collection and processing.

☐ BY PERSONAL DELIVERY. By causing a true copy thereof to be delivered by hand at the address(es) shown below.

☐ BY OVERNIGHT DELIVERY. By causing a true copy to be sent by overnight mail, UPS delivery, or Federal Express delivery, with delivery charges to be billed to the Law Office of Ronald S. Granberg.

☒ BY EMAIL SERVICE. By causing a true copy thereof to be transmitted electronically, by "email", to the email addresses set forth below.

☐ BY FACSIMILE TRANSMISSION. By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 422-5550 to the facsimile number(s) shown below.

And addressed as follows:

| | | |
|---|---|---|
| William J. Goines, Esq. | Douglas R. Young, Esq. | Thomas Dutton, Esq. |
| Cindy Hamilton, Esq. | Karen Kimmey, Esq. | Daniel Hildebrand, Esq. |
| *Greenberg Traurig, LLP* | *Farella Braun & Martel, LLP* | *Greenberg Traurig, LLP* |
| 1900 University Ave., 5th Floor | 235 Montgomery Street | 77 West Wacker Drive |
| East Palo Alto, CA 94303 | San Francisco, CA 94104 | Chicago, IL 60601 |
| Fax: (650) 328-8508 | Fax: (415) 954-4480 | Fax: (312) 456-8435 |
| Email: goinesw@gtlaw.com; | Email: dyoung@fbm.com; | Email: duttont@gtlaw.com; |
| hamiltonc@gtlaw.com | kkimmey@fbm.com; | hildebrandd@gtlaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 22, 2014, at Salinas, California.

_____
Steven M. Patterson

Granberg Law Office
134 Central Avenue
Salinas, CA 93901

S:\00-data\03-client\m&m 678\f\pos\pos072214b.docx

Monterey Bay Military Housing v. Pinnacle Monterey #M 112710
PROOF OF SERVICE

**MONTEREY BAY HOUSING v. PINNACLE MONTEREY**      **CASE NO. M 112710**
                                                                    **(M115143)**

### PROOF OF SERVICE

I am employed in the County of Monterey, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 134 Central Avenue, Salinas, California.

On July 29, 2014, I caused the following documents entitled:

### NOTICE OF ENTRY OF ORDER

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

☒ BY MAIL. By placing a true copy thereof in a sealed envelope (with postage affixed thereto) in the U.S. Mail at the Law Office of Ronald S. Granberg, 134 Central Avenue, Salinas, CA 93901.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and, in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service in the same day it was placed for collection and processing.

☐ BY PERSONAL DELIVERY.  By causing a true copy thereof to be delivered by hand at the address(es) shown below.

☐ BY OVERNIGHT DELIVERY.  By causing a true copy to be sent by overnight mail, UPS delivery, or Federal Express delivery, with delivery charges to be billed to the Law Office of Ronald S. Granberg.

☒ BY EMAIL SERVICE.  By causing a true copy thereof to be transmitted electronically, by "email", to the email addresses set forth below.

☐ BY FACSIMILE TRANSMISSION.  By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 422-5550 to the facsimile number(s) shown below.

And addressed as follows:

| | | |
|---|---|---|
| William J. Goines, Esq. | Douglas R. Young, Esq. | Thomas Dutton, Esq. |
| Cindy Hamilton, Esq. | Karen Kimmey, Esq. | Daniel Hildebrand, Esq. |
| *Greenberg Traurig, LLP* | *Farella Braun & Martel, LLP* | *Greenberg Traurig, LLP* |
| 1900 University Ave., 5th Floor | 235 Montgomery Street | 77 West Wacker Drive |
| East Palo Alto, CA  94303 | San Francisco, CA 94104 | Chicago, IL  60601 |
| Fax: (650) 328-8508 | Fax: (415) 954-4480 | Fax: (312) 456-8435 |
| Email: goinesw@gtlaw.com; | Email: dyoung@fbm.com; | Email: duttont@gtlaw.com; |
| hamiltonc@gtlaw.com | kkimmey@fbm.com; | hildebrandd@gtlaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 29, 2014, at Salinas, California.

_____
Steven M. Patterson

Granberg Law Office
134 Central Avenue
Salinas, CA  93901

1

«CASENAME», «CASENO»
PROOF OF SERVICE