# EXHIBIT 49

IN THE SUPERIOR COURT OF MUSCOGEE COUNTY

G E O R G I A

```
FORT BENNING FAMILY          )
COMMUNITIES, LLC AND         )
FORT BELVOIR RESIDENTIAL     )
COMMUNITIES, LLC,            )
                             )
        Plaintiffs,          )
                             )
    vs.                      ) CASE NO:
                             ) SU-2010-CV-2025
                             )
AMERICAN MANAGEMENT          )
SERVICES EAST, LLC AND       )
AMERICAN MANAGEMENT          )
SERVICES, LLC                )
(d/b/a Pinnacle),            )
                             )
        Defendants.          )
```

HEARING of the above cause came on to be heard on the 12th day of September, 2011, before the Honorable Frank J. Jordan, Jr., Judge of the above-styled Court, 10th Floor, Columbus Consolidated Government Center, Muscogee County, Columbus, Georgia.

KATHY S. BOSTIC, R.P.R.
OFFICIAL COURT REPORTER
CHATTAHOOCHEE JUDICIAL CIRCUIT



1

```
 1   APPEARANCES OF COUNSEL:

 2
     For the Plaintiffs:      HONORABLE JERRY A. BUCHANAN
 3                            HONORABLE JEFFREY WILLIAN
                              HONORABLE DONNA M. WELCH
 4                            HONORABLE WILLIAM A. BUCHANAN
                              HONORABLE LORI M. LEONARDO
 5                            Attorneys at Law

 6   For the Defendants:      HONORABLE MARCUS CALHOUN
                              HONORABLE THOMAS E. DUTTON
 7                            HONORABLE DANIEL G. HILDEBRAND
                              Attorneys at Law
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   auditors has not been able to calculate that is because
 2   there isn't available data to identify the actual altered
 3   data, correct?
 4        A.   As I understand it, yes.
 5        Q.   Indeed, the actual paper copies of the work
 6   orders, those have been discarded by Pinnacle, haven't
 7   they?
 8        A.   I don't know if they've been discarded or lost.
 9        Q.   They just don't exist, correct?
10        A.   Apparently, some of them don't exist.
11        Q.   And you testified about Yardi.  You understand
12   that Yardi had a feature, that if Pinnacle had turned it
13   on, it would have captured what data was specifically
14   altered, and that feature was not turned on at Belvoir,
15   correct?
16        A.   I don't know the reason, that's Yardi.  I asked
17   our Yardi person and they said they're not aware of the
18   feature.
19        Q.   Okay.  So you don't have any knowledge of that?
20        A.   No.
21        Q.   Now, let's go to the -- Mr. Hudspeth and the --
22   and to the payments that he was taking from vendors at Fort
23   Belvoir.  Again, I didn't hear you really talk about that
24   on direct, but let me just focus on it for a moment.
25             So you first learned that Mr. Hudspeth had
```

```
 1  STATE OF GEORGIA
 2  COUNTY OF MUSCOGEE
 3
 4                  C E R T I F I C A T E
 5
 6       The foregoing transcript of the proceedings was
 7  taken before me and reduced to typewriting under my
 8  direction and supervision, and I certify that it is a true
 9  and correct transcript of the proceedings.
10       WITNESS MY HAND this 20th day of September, 2011.
```

_____
KATHY S. BOSTIC, RPR
Official Court Reporter for the
Chattahoochee Judicial Circuit
Certificate No. B-1863

COPY