# EXHIBIT 58

## DECLARATION OF TAD GULESERIAN

I, Tad Guleserian, declare under the penalty of perjury under the laws of the State of California that the following is true and correct:

1. I am over the age of 21 years and suffering from no legal disability. I make this affidavit based upon my personal knowledge of the facts stated herein.

2. In December 2001, I joined the newly formed Clark Capital Markets Group, or CCMG. An affiliate of Clark Realty Capital LLC, CCMG provided investment banking solutions, including raising debt and equity capital, to finance Clark Realty Capital's real estate projects.

3. After I started at CCMG, I began working on RFQ and RFP responses for several privatized military housing projects that Clark Realty Capital ("Clark") and Pinnacle Realty Management Company ("Pinnacle") had decided to pursue jointly through a joint venture called Clark Pinnacle Family Communities ("Clark Pinnacle"). In my role at CCMG, I helped to develop achievable and realistic plans for financing each of the privatized military housing projects Clark Pinnacle pursued, including the Monterey and Irwin projects. After formulating the plan for financing each project, I helped to prepare the "Financial Plan" portion of the both the written and oral presentations that were made to the Army and its advisors.

4. The basic terms of the capital structure and financial plans that Clark Pinnacle proposed for both the Monterey and Irwin projects were consistent with the Term Sheet signed by Cleve Johnson and Stan Harrelson on October 22, 2001: (i) the equity was supplied 70% by Clark and 30% by Pinnacle; (ii) debt financing was supplied by a third party; (iii) cash flow to equity, which was to be paid only after the end of the Initial Development Period and only at the

end of a "waterfall" of higher priority payments, was split 70% to Clark and 30% to Pinnacle; and (iv) pre-development working capital would be provided and split 70/30 as well. Ex. 1.

5. The Army's guidelines for private parties like Clark Pinnacle Family Communities that were pursuing privatization projects indicated that the projects would pay market rate fees to the providers of typical real estate project services: development services; construction management services; asset management services; and property management services. In the Financial Plans prepared for the Monterey and Irwin projects, Clark and Pinnacle agreed to divide the fees for these services in a manner consistent with the Term Sheet: the development fees, construction fees and the asset management fees were paid entirely to Clark; and property management fees were paid entirely to Pinnacle.

6. To show the Army and other interested parties the anticipated economic benefits of the proposed projects, Clark Pinnacle prepared a "Financial Plan" presentation and write-up, and a "Pro Forma" financial model for both Projects' 50-year anticipated lifespan. The Financial Plan and Pro Forma were initially presented to the Army during the "Second Round" of the selection process in which Clark Pinnacle participated. At the "Second Round" proposal stage, each Pro Forma showed the anticipated cash flow for each project *as proposed* by Clark Pinnacle before Clark Pinnacle was selected. After Clark Pinnacle was selected by the Army to prepare Community Development and Management Plans ("CDMPs") for Monterey and Irwin, each Pro Forma was revised and updated and eventually showed the anticipated cash flow which was then *approved* by the Army (and Congress) in the Financial Plan portion of the *approved* CDMP.

7. The Financial Plan and Pro Formas proposed by Clark Pinnacle for Monterey and Irwin showed that the fees allocated to Clark and Pinnacle for construction, development, asset management and property management were the partners' primary means of compensation and

return on investment. This was so for several reasons. First, the Financial Plan did not provide *any* return on equity during the Initial Development Period (first 8 to 10 years of the Project) since residual funds during that period were used as a source of funds for project development. Second, distribution of cash to the Clark Pinnacle partnership was contingent upon the project generating sufficient net operating income to make all the payments higher up in the cash flow "waterfall." Development and construction base and incentive fees were to be paid out of the development and construction budget funded at closing. Base property management fees were to be paid as an operating expense. All these fees were higher up in the "waterfall" than distribution of cash flow to the Clark Pinnacle partnership. Third, any cash flow to the Clark Pinnacle partnership was subject to an annual maximum distribution limit, so that even if the project did exceedingly well in a given year, the cash flow distribution to the Clark Pinnacle equity in that given year was limited by the cap. Fourth, unlike a typical real estate project, Clark Pinnacle could not sell the project or recapitalize the project and "pull dollars out" once the development was completed. Instead, the real estate and improvements were expected to revert to the Army.

       8.     After Clark Pinnacle's proposals were accepted by the Army, Clark Pinnacle negotiated a "final" financial plan with the Army as part of preparing the CDMP. The "final" Pro Forma approved for the Monterey Project at project closing shifted Clark Pinnacle's return on investment *away* from cash flows to the equity partnership, and *towards* fees for providing services. Ex. 2. For example, the final Pro Forma for Monterey shows that the Property Manager would receive "Base Fees" of $68.8 million and incentive fees of $94.6 million (conservatively estimating that Pinnacle would achieve only 75% of its incentive fee) for a total of $163.4 million in fees over the life of the project. Id. By contrast, the Pro Forma shows that Clark Pinnacle's share of cash flow (the return on equity) would not begin until 2013, and would

return only $39.0 million to Clark Pinnacle over 50 years. Pinnacle's 30% share of the equity return equaled $11.7 million.

9. The final financial plan and Pro Forma for the Irwin Project shows similar expectations for fees and equity returns. Ex. 3. The Irwin Property Manager was projected to earn $118.7 million in Base Fees and $50.4 million in incentive fees (conservatively estimating that Pinnacle would achieve only 75% of its incentive fee), for total of $169.1 million in fees over the life of the Irwin Project. In contrast, the return on equity to Clark Pinnacle projected for the Irwin Project did not start until 2013 and amounted to only $26.8 million after 50 years. Pinnacle's 30% projected share of the equity return was approximately $8.0 million.

10. When Clark Pinnacle described the significance of service provider fees to the Army in its Monterey "Step Two Submission" on June 6, 2002, we noted that our proposal "require[d] fees to be the primary means of compensation and return on/of investment." Ex. 4. This was true for both the Monterey and Irwin Projects as proposed by Clark Pinnacle, as approved by the Army and reflected in the CDMP, and later in the materials used to obtain and close on the project financing.

11. In addition, Clark Pinnacle had the ability, as Managing Member of the entities that would eventually become the "Development Owners" (MBMH and CMC), to *direct* these fees to their affiliated third parties. This was a very valuable *asset*. As proposed to the Army, and as approved by the Monterey CDMP, Clark Pinnacle decided to use its position as the Managing Member of the Development Owner to retain fees for property management, asset management, construction, and development services for its constituent members. Thus, at Monterey, Clark Pinnacle directed MBMH to enter into service agreements with Clark and Pinnacle affiliates. As we wrote in Clark Pinnacle's Step Two Submission at Monterey:

"Because this project is not a traditional real estate investment, and we do not intend to profit from a disposition of the property, the ability to retain fees from both asset management and related third party service providers becomes Clark Pinnacle's most valuable asset." Ex. 4.

12. However, if Clark Pinnacle had wanted to, it could have sold the right to provide property management services at Monterey or Irwin to another qualified and approved property management company. Because of the length of the property management agreement and the amount of base fees to be earned and incentive fees potentially available, a reasonable property management company would have been willing to pay Clark Pinnacle an amount equal to the present value of the future stream of fees in order to be the property manager.

Executed at Waltham, Massachusetts on November 6, 2012

*[signature]*
Tad Guleserian



October 31, 2001

Mr. Stan Harrelson
Pinnacle Realty Management Company
401 Second Avenue South, Suite 110
Seattle, WA 98104

Re:  Term Sheet for Military Housing Privatization Company

Dear Stan:

Please find enclosed one fully executed term sheet for the forthcoming military housing projects.  We look forward to the opportunity to work with Pinnacle, and hopefully we can land one of the large privatization projects.

Sincerely,

*(signature)*
Glenn A. Ferguson
President

**Clark Realty Builders, L.L.C.**
7500 Old Georgetown Road    Bethesda, Maryland 20814
(301) 272-8100              (301) 272-8499-Fax

EXHIBIT 1

October 22, 2001

# TERM SHEET FOR MILITARY HOUSING
# PRIVATIZATION JOINT VENTURE

Noted below are the terms upon which Clark Realty Capital, LLC (together with its affiliates and assigns, "Clark") and Pinnacle Management (together with its affiliates and assigns, "Pinnacle") would enter into a venture to pursue contracts for the renovation, construction, and management of military housing and related improvements at Patrick Air Force Base, Fort Bragg, Fort Campbell, Fort Polk and Fort Stewart. Pinnacle and Clark shall team on an exclusive basis to submit a proposal on the four referenced projects.

| | |
|---|---|
| **Equity:** | To the extent not supplied by third party institutional equity, to be supplied 70% by Clark and 30% by Pinnacle. |
| **Debt:** | To be supplied by third party. |
| **Cash Flow:** | Cash flow after debt service and payments to any third party equity investors or the AFB shall be split 70% to Clark and 30% to Pinnacle. |
| **Pre-Development Working Capital** | Pre-development working capital to be provided and split 70/30 between Clark and Pinnacle after mutual approval of a pre-development budget. Each party to shall be responsible for their direct personnel costs and travel. |
| **Development:** | To be performed by Clark. The development fee (estimated to be 4%) shall be paid entirely to Clark. |
| **Property Management:** | To be performed by Pinnacle. Total fee (estimated to be 4%) shall be paid entirely to Pinnacle. |
| **Construction:** | To be performed by Clark. Total fee for GMP Contract (estimated to be 4% fee plus 2% overhead) paid to Clark. Total fee for Design Build Contract (estimated to be 6% fee plus 2% overhead) paid to Clark. |
| **Asset Management:** | If required, to be performed by Clark. |
| **Guarantees:** | Neither member is obligated to provide any loan guarantees. |

This term sheet is not intended to set forth binding obligations and all rights and obligations of Clark and Pinnacle are subject to negotiation, execution, and delivery of definitive agreements.

Clark Realty Capital, LLC

By: _____
Name: W. CLEVE JOHNSON
Title: MANAGING DIRECTOR

Pinnacle Management

By: _____
Name: STAN HARRELSON
Title: PRES/CEO

## SCHEDULE OF FEES

| | | | PROJECT TOTAL | IDP TOTAL | 2003 (1) | 2004 (2) | 2005 (3) | 2006 (4) | 2007 (5) | 2008 (6) | 2009 (7) | 2010 (8) | 2011 (9) | 2012 (10) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NET OPERATING INCOME** | | | 3,349,539,939 | 385,686,615 | 12,666,260 | 30,093,766 | 33,420,831 | 35,429,298 | 37,596,799 | 40,888,786 | 39,836,852 | 40,923,539 | 41,859,956 | 41,350,186 |
| **Property Management Fees** | | | | | | | | | | | | | | |
| Base Fee | 1.50% | of EGI | 68,796,392 | 8,048,732 | 276,958 | 658,372 | 707,962 | 745,881 | 785,451 | 837,654 | 820,861 | 836,981 | 861,870 | 858,898 |
| Incentive Paid | 2.06% | of EGI | 94,595,039 | 11,067,007 | 380,818 | 905,261 | 973,448 | 1,025,587 | 1,079,996 | 1,151,774 | 1,128,684 | 1,150,849 | 1,185,071 | 1,180,985 |
| Total | | | 163,391,437 | 19,115,740 | 657,776 | 1,563,633 | 1,681,410 | 1,771,468 | 1,865,447 | 1,989,429 | 1,949,545 | 1,987,830 | 2,046,941 | 2,039,884 |
| **Asset Management Fees** | | | | | | | | | | | | | | |
| Base Fee | 0.25% | of EGI | 11,466,065 | 1,341,455 | 46,160 | 109,729 | 117,994 | 124,314 | 130,909 | 139,609 | 136,810 | 139,497 | 143,645 | 143,150 |
| Incentive Paid | 0.38% | of EGI | 17,199,098 | 2,012,183 | 69,240 | 164,593 | 176,991 | 186,470 | 196,363 | 209,414 | 205,215 | 209,245 | 215,468 | 214,725 |
| Total | | | 28,665,163 | 3,353,639 | 115,399 | 274,322 | 294,984 | 310,784 | 327,271 | 349,023 | 342,025 | 348,742 | 359,113 | 357,874 |
| **DEVELOPMENT COST (initial period)** | | | 2,128,290,834 | 566,766,052 | 21,813,922 | 53,027,905 | 69,338,714 | 78,797,383 | 82,866,650 | 56,119,400 | 60,923,375 | 51,009,613 | 34,906,174 | 33,331,583 |
| **Construction Fee** | | | | | | | | | | | | | | |
| Base Fee | 3.75% | of HC - Conting + Other | 65,386,312 | 17,859,265 | 49,971 | 1,578,237 | 2,268,537 | 2,641,634 | 2,797,706 | 1,862,022 | 2,034,053 | 1,684,045 | 1,124,978 | 1,073,606 |
| Incentive Paid | 0.94% | of Dev Cost | 16,346,578 | 4,464,816 | 12,493 | 394,559 | 567,134 | 660,409 | 699,427 | 465,505 | 508,513 | 421,011 | 281,244 | 268,402 |
| Total | | | 81,732,889 | 22,324,081 | 62,464 | 1,972,796 | 2,835,672 | 3,302,043 | 3,497,133 | 2,327,527 | 2,542,566 | 2,105,056 | 1,406,222 | 1,342,008 |
| **Development Fee** | | | | | | | | | | | | | | |
| Base Fee | 2.63% | SC - HC & SC Conting | 54,753,523 | 14,803,021 | 511,893 | 1,390,086 | 1,817,950 | 2,066,739 | 2,173,484 | 1,471,853 | 1,597,870 | 1,337,813 | 915,389 | 874,085 |
| Incentive Paid | 0.56% | of Dev Cost | 11,754,820 | 3,184,543 | 122,158 | 297,876 | 389,561 | 442,873 | 465,747 | 315,397 | 342,401 | 286,674 | 196,155 | 187,304 |
| Total | | | 66,508,343 | 17,987,564 | 634,050 | 1,687,961 | 2,207,510 | 2,509,612 | 2,639,231 | 1,787,250 | 1,940,271 | 1,624,487 | 1,111,544 | 1,061,388 |
| **Total Base Fees** | | | 200,402,292 | 42,852,474 | 884,982 | 3,736,424 | 4,912,443 | 5,578,569 | 5,887,550 | 4,311,138 | 4,589,594 | 3,998,336 | 3,045,882 | 2,949,739 |
| **Total Potential Incentives Paid** | | | 139,895,535 | 20,728,549 | 584,708 | 1,762,289 | 2,107,133 | 2,315,339 | 2,441,532 | 2,142,090 | 2,184,813 | 2,067,779 | 1,877,938 | 1,851,415 |
| **Total Base plus Potential Incentive Fees** | | | 340,297,827 | 62,781,023 | 1,469,690 | 5,498,713 | 7,019,576 | 7,893,907 | 8,329,082 | 6,453,228 | 6,774,407 | 6,066,115 | 4,923,820 | 4,801,154 |



Exhibit B
**CONFIDENTIAL-ATTORNEY'S EYES ONLY**

Page 1 of 5

Monterey Bay Military Housing
**MBMH-CMC00199701**

Exhibit B
CONFIDENTIAL-ATTORNEY'S EYES ONLY

Monterey Bay Military Housing
MBMH-CMC00199706

## FEES

| | | | PROJECT TOTAL | DEV. PERIOD TOTAL | DEVELOPMENT PERIOD | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2004 1 | 2005 2 | 2006 3 | 2007 4 | 2008 5 | 2009 6 | 2010 7 | 2011 8 | 2012 9 |
| **EFFECTIVE GROSS INCOME** | | | 4,489,527,801 | 315,266,592 | 24,931,426 | 28,503,474 | 38,487,420 | 41,519,439 | 42,499,457 | 44,144,946 | 46,410,282 | 48,770,148 | 51,098,920 |
| **Property Management Fees** | | | | | | | | | | | | | |
| Base Fee | 2.75% | of EGI | 118,692,667 | 8,314,124 | 538,895 | 709,689 | 981,073 | 1,093,382 | 1,118,133 | 1,158,640 | 1,216,462 | 1,276,753 | 1,342,909 |
| Incentive Paid | 1.13% | of EGI | 50,372,910 | 3,546,749 | 232,677 | 306,216 | 418,774 | 465,132 | 475,581 | 492,880 | 517,708 | 543,601 | 572,037 |
| Total | | | 169,065,577 | 11,860,873 | 771,572 | 1,015,905 | 1,399,847 | 1,558,515 | 1,593,714 | 1,651,520 | 1,734,171 | 1,820,354 | 1,914,947 |
| **Asset Management Fees** | | | | | | | | | | | | | |
| Base Fee | 0.50% | of EGI | 22,387,960 | 1,576,333 | 103,412 | 136,096 | 186,122 | 206,725 | 211,369 | 219,058 | 230,093 | 241,601 | 254,239 |
| Incentive Paid | 0.19% | of EGI | 8,395,485 | 591,125 | 38,780 | 51,036 | 69,796 | 77,522 | 79,263 | 82,147 | 86,285 | 90,600 | 95,340 |
| Total | | | 30,783,445 | 2,167,458 | 142,192 | 187,132 | 255,917 | 284,247 | 290,633 | 301,204 | 316,377 | 332,201 | 349,578 |
| **DEVELOPMENT COST** | | | 1,515,366,603 | 359,494,953 | 56,729,291 | 123,624,821 | 47,979,152 | 26,606,457 | 19,754,501 | 29,790,088 | 28,970,958 | 26,039,684 | 0 |
| **Construction Fee** | | | | | | | | | | | | | |
| Base Fee | 3.75% | of Total Hard Costs | 42,696,227 | 10,222,086 | 376,707 | 3,930,885 | 1,930,008 | 569,379 | 644,792 | 1,010,848 | 851,136 | 890,797 | 17,534 |
| Incentive Paid | 0.94% | of Total Hard Costs | 10,674,057 | 2,555,521 | 94,177 | 982,721 | 482,502 | 142,345 | 161,198 | 252,712 | 212,784 | 222,699 | 4,383 |
| Total | | | 53,370,284 | 12,777,607 | 470,884 | 4,913,606 | 2,412,510 | 711,724 | 805,990 | 1,263,560 | 1,063,920 | 1,113,496 | 21,917 |
| **Development Fee** | | | | | | | | | | | | | |
| Base Fee | 3.25% | of Development Costs | 47,332,590 | 11,051,415 | 1,341,453 | 3,756,316 | 1,864,944 | 623,673 | 685,063 | 997,276 | 857,904 | 891,422 | 33,363 |
| Incentive Paid | 0.38% | of Development Costs | 5,500,562 | 1,306,663 | 159,478 | 443,791 | 220,334 | 73,684 | 80,937 | 117,823 | 101,357 | 105,317 | 3,942 |
| Total | | | 52,833,151 | 12,358,078 | 1,500,931 | 4,200,107 | 2,085,278 | 697,356 | 766,000 | 1,115,100 | 959,262 | 996,739 | 37,305 |
| **Total Base Fees** | | | 231,109,444 | 31,163,957 | 2,360,468 | 8,532,986 | 4,962,147 | 2,493,160 | 2,659,357 | 3,385,823 | 3,155,595 | 3,300,571 | 1,648,045 |
| **Total Potential Incentives** | | | 74,943,013 | 8,000,059 | 525,111 | 1,783,764 | 1,191,406 | 758,683 | 796,979 | 945,562 | 918,134 | 962,218 | 675,702 |
| **Total Base plus Potential Incentive Fees** | | | 306,052,457 | 39,164,016 | 2,885,579 | 10,316,750 | 6,153,553 | 3,251,843 | 3,456,337 | 4,331,385 | 4,073,729 | 4,262,789 | 2,323,747 |



EXHIBIT 3
ALL-STATE LEGAL®

**CONFIDENTIAL-ATTORNEY'S EYES ONLY**

MBMH-CMC00200082

# CASHFLOW

| FT. IRWIN, MOFFET AIRFIELD, PARI | | PROJECT TOTAL | DEV. PERIOD TOTAL | DEVELOPMENT PERIOD | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Net Operating Income | | 2,656,012,814 | 179,693,728 | 8,854,200 | 12,807,934 | 20,825,137 | 24,127,796 | 24,875,170 | 26,039,696 | 27,656,044 | 29,355,175 |
| Equity Contribution | | 4,000,000 | 4,000,000 | 0 | 0 | 0 | 0 | 0 | 4,000,000 | 0 | 0 |
| 1st Mortgage Proceeds | | 366,935,000 | 366,935,000 | 366,935,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Proceeds from Moffett Asset Sale | | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prior Year Undistributed Cash | | - | - | 0 | 316,262,904 | 187,958,061 | 127,150,460 | 109,716,088 | 90,335,179 | 65,282,107 | 41,834,897 |
| Total Available Funds | | 3,026,947,814 | 550,628,728 | 375,789,200 | 329,070,839 | 208,783,198 | 151,278,256 | 134,591,257 | 120,374,875 | 92,938,151 | 71,190,072 |
| | | | | | | | | | | | |
| 1st Mortgage | | | | | | | | | | | |
| 1st Mortgage Principal | | 366,935,000 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1st Mortgage Interest | | 747,907,913 | 185,962,658 | 19,371,110 | 23,245,332 | 23,245,332 | 23,245,332 | 23,245,332 | 23,245,332 | 23,245,332 | 23,245,332 |
| 1st Mortgage Total Debt Service | | 1,114,842,913 | 185,962,658 | 19,371,110 | 23,245,332 | 23,245,332 | 23,245,332 | 23,245,332 | 23,245,332 | 23,245,332 | 23,245,332 |
| 1st Mortgage Debt Service Coverage Ratio | | 1.88 | 1.07 | 0.82 | 0.83 | 1.06 | 1.17 | 1.17 | 1.20 | 1.25 | 1.29 |
| 1st Mortgage DSC Ratio (incl. GIC on DSRF) | | | | 0.84 | 0.84 | 1.08 | 1.19 | 1.19 | 1.22 | 1.26 | 1.31 |
| | | | | | | | | | | | |
| Compensation for Irwin Trailer Pads | | 2,800,000 | 2,800,000 | 2,800,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Development Plan Cost | | 359,494,953 | 359,494,953 | 43,636,554 | 122,190,398 | 60,665,353 | 20,287,639 | 22,284,623 | 32,440,718 | 27,907,045 | 28,997,331 |
| Cash available after Debt Service | | 1,549,809,948 | 2,371,118 | 309,981,536 | 183,635,108 | 124,872,512 | 107,745,284 | 89,061,303 | 64,688,824 | 41,785,774 | 18,947,409 |
| | | | | | | | | | | | |
| Asset Management | | | | | | | | | | | |
| Asset Mgmt. Fee | | 22,387,960 | 1,576,333 | 103,412 | 136,096 | 186,122 | 206,725 | 211,369 | 219,058 | 230,093 | 241,601 |
| Reimbursable Expense | | 10,325,402 | 1,200,000 | 125,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| Asset Mgmt. Fee & Reimburseable Expenses | | 32,713,362 | 2,776,333 | 228,412 | 286,096 | 336,122 | 356,725 | 361,369 | 369,058 | 380,093 | 391,601 |
| Asset Mgmt. Fee & Reimburseables Paid | 100% | 32,713,362 | 2,776,333 | 228,412 | 286,096 | 336,122 | 356,725 | 361,369 | 369,058 | 380,093 | 391,601 |
| Asset Mgt Fee Deferred Current Period | | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Asset Mgt Fee Deferred Balance | | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Cash Flow from Operations & Financing Activities | | 1,517,096,586 | (405,215) | 309,753,124 | 183,349,012 | 124,536,390 | 107,388,559 | 88,699,933 | 64,319,767 | 41,405,681 | 18,555,809 |
| Reinvestment Account Deposits | | 438,148,544 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash available after Reinvestment Accounts | | 1,078,948,042 | (405,215) | 309,753,124 | 183,349,012 | 124,536,390 | 107,388,559 | 88,699,933 | 64,319,767 | 41,405,681 | 18,555,809 |
| | | | | | | | | | | | |
| Potential Asset Mgmt. Incentive Fees | 0.25% | 11,193,980 | 788,166 | 51,706 | 68,048 | 93,061 | 103,363 | 105,685 | 109,529 | 115,046 | 120,800 |
| Potential Construction Incentive Fees | 1.25% | 14,232,076 | 3,407,362 | 125,569 | 1,310,295 | 643,336 | 189,793 | 214,931 | 336,949 | 283,712 | 296,932 |
| Potential Development Incentive Fees | 0.50% | 7,334,082 | 1,742,218 | 212,637 | 591,721 | 293,779 | 98,245 | 107,916 | 157,098 | 135,143 | 140,423 |
| Potential Prop. Mgmt. Incentive Fees | 1.50% | 67,163,880 | 4,728,999 | 310,236 | 408,288 | 558,365 | 620,176 | 634,108 | 657,173 | 690,278 | 724,802 |
| Total Potential Incentive Fees | | 99,924,018 | 10,666,745 | 700,148 | 2,378,352 | 1,588,541 | 1,011,577 | 1,062,639 | 1,260,749 | 1,224,179 | 1,282,957 |
| Total Incentive Fees Paid | 75% | 74,943,013 | 8,000,059 | 525,111 | 1,783,764 | 1,191,406 | 758,683 | 796,979 | 945,562 | 918,134 | 962,218 |
| Incentive Fees Deferred Current Period | | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Incentive Fees Deferred Balance | | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash available after Incentive Fees Paid | | 1,004,005,029 | (8,405,274) | 309,228,012 | 181,565,248 | 123,344,984 | 106,629,876 | 87,902,954 | 63,374,205 | 40,487,547 | 17,593,591 |
| Interest earned on Cash Balance | | 28,097,070 | 26,807,999 | 7,034,892 | 6,392,812 | 3,805,475 | 3,086,212 | 2,432,225 | 1,907,902 | 1,347,350 | 723,934 |
| Total Available Cash Flow | | 1,032,102,099 | 18,402,725 | 316,262,904 | 187,958,060 | 127,150,459 | 109,716,087 | 90,335,179 | 65,282,107 | 41,834,897 | 18,317,525 |
| | | % Paid Thru Year | Thereafter | | | | | | | | |
| Cash Flow Split After Fees and Recap Accounts | | 7 | | | | | | | | | |
| CF to Army Discretionary Fund Account | 85% | 0% | 100% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| "Governor Account" - Current | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| "Governor Account" - Cumulative | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CF to Clark Pinnacle - Current | 15% | 0% | 100% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Partnership Split Paid - Cumulative | | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Partnership Split Accrued | | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Paid Via Splits | | 904,437,594 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Cash Available For Reinvestment / Additional Return to Army | | - | 18,402,727 | 316,262,904 | 187,958,061 | 127,150,460 | 109,716,088 | 90,335,179 | 65,282,107 | 41,834,897 | 18,317,525 |
| | | | | | | | | | | | |
| Additional Return to Army (Above C/P share) | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| CASH FLOW DISTRIBUTION SUMMARY | | | - | | | | | | | | |
| Total Distributed Cash Flow | | 1,342,586,138 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash flow to Army Accounts | | | | | | | | | | | |
| Reinvestment Account Deposits | | 438,148,544 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Army Discretionary Fund Account Deposits | | 877,664,261 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Additional Return to Army (Above C/P share) | | 121,933,041 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | | 1,437,745,846 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash flow to Clark Pinnacle | | | | | | | | | | | |
| Partnership Split | | 26,773,333 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**CONFIDENTIAL-ATTORNEY'S EYES ONLY**

MBMH-CMC00200096

CLARK PINNACLE FAMILY COMMUNITIES LLC - *"A World Class Community for the 21st Century"*

*Asset Management Fee:*
The Asset Management Fee proposed is 1.5% of Net Operating Income during the IDP, 3.0% after the IDP.

*Development Fees:*
The base development fee proposed is 3% of Total Development Costs along with a 0.5% development incentive fee. Delivering the project on time and on budget will be the general measures for the incentive fee. During the CDMP a specific measurement system will be agreed to by Clark Pinnacle and the Army.

*Construction Fees:*
The base construction fee is 4.5% of Construction Costs. Incentive fees for the construction team will be based on the dual goals of product quality and on-time delivery. The construction contractor will be rewarded for consistently delivering units of superior quality on time.

The base construction fee is 4.5% of construction costs, and the construction costs include 2% for overhead. Incentive fees for the construction team will be based on the dual goals of product quality and on-time unit delivery. In addition to the base fee of 4.5% of hard costs, the contractor will have the opportunity to earn up to one additional percentage point of fee. The system we will use will employ an independent third party to assess quality, and the schedule goal will compare the original schedule to the date of actual completion. If a unit is delivered on time and meets the quality goal, a bonus is earned for that unit.

*Property Management Fees*
The base Property Management Fee is proposed as 3% of effective gross income.

> Recognizing that the typical goals of property managers in the private sector — increasing revenue and reducing vacancy — are not controllable in the military setting, we envision an incentive program based on maintaining resident satisfaction. In addition to a market-rate base fee of three percent, property management will be rewarded for superior customer satisfaction on a sliding scale. The system we envision will allow bonuses to be earned ranging from 20 to 200 basis points of the net annual rental receipts. The incentive program requires the service provider to attain a base threshold score before they are entitled to any portion of the incentive fee.

*Performance of the Managing Member*
Performance "guarantees" by the Managing Member are provided by the structure of the entire financial plan. By providing return of/on investment primarily through fees earned by asset, property and construction management, and by providing mechanisms to dismiss these service providers for non-performance, Clark Pinnacle has great incentive to meet performance standards as defined in each agreement.

Because this project is not a traditional real estate investment, and we do not intend to profit from a disposition of the property, the ability to retain fees from both asset management and related third-party service providers becomes Clark Pinnacle's most valuable asset. By requiring fees to be the primary means of compensation and return on/of investment, and by structuring Asset Management and all other services as third party contracts that allow dismissal in the event of non-performance, we have provided the Army a "guarantee" of performance by Clark Pinnacle. We believe that the managing member's incentive to retain and increase fee revenue are optimally aligned with the Army's goal of maintaining the best product over time.

Conclusion

Experience has taught us that flexibility in accommodating the needs of each member is essential for the long-term viability of the partnership. As with our entire plan, the Financial Plan provides flexibility while establishing a solid and stable base on which to model the CDMP.

Our plan is balanced and provides adequate funds to deliver the proposed product, amenities and services. We are raising these funds at the rates for fixed-rate debt and with no preferred returns on invested equity. Our plan provides the means to return the majority of the project cash flow to the Army and ensures that the funds directly benefit POM/NPS. The plan compensates service providers with a base fee sufficient to attract and retain experienced firms while encouraging superior service with incentives based on performance. Furthermore, to ensure continual and consistent delivery of superior services our plan allows dismissal of service providers in the event that performance drops below acceptable standards. The maximum amount of funds are raised to improve the POM/NPS housing while protecting the Army from financial liability.



EXHIBIT 4

MONTEREY FAMILY HOUSING
SOL NO. DACA31-02-R-0001

Page 14

STEP TWO SUBMISSION
VOLUME II
JUNE 6, 2002

CONFIDENTIAL — ATTORNEY'S EYES ONLY

MBMH-CMC00199030