UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, CLARK PINNACLE MONTEREY BAY, LLC, CLARK MONTEREY PRESIDIO, LLC, CALIFORNIA MILITARY COMMUNITIES, LLC, CLARK PINNACLE CALIFORNIA MILITARY COMMUNITIES, LLC and CLARK IRWIN, LLC,<br>    Plaintiffs;<br>v.<br>PINNACLE MONTEREY LLC, PINNACLE IRWIN, LLC, AMERICAN MANAGEMENT SERVICES CALIFORNIA, INC., AMERICAN MANAGEMENT SERVICES LLC, GOODMAN REAL ESTATE, INC., GOODMAN FINANCIAL SERVICES, INC., STANLEY HARRELSON and JOHN GOODMAN,<br>    Defendants<br>AND RELATED CROSS-COMPLAINT. | Case No. 5:14-CV-03953-BLF<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO ADVANCE SETTING OF INITIAL CASE MANAGEMENT CONFERENCE AND TO PERMIT THE PARTIES TO WAIVE THE SERVICE OF FRCP 26(a)(1) INITIAL DISCLOSURES<br>[Civil L.R. 7-11] |
| PINNACLE IRWIN, LLC and PINNACLE MONTEREY, LLC,<br><br>    Plaintiffs,<br>v.<br><br>CLARK REALTY CAPITAL, LLC, CLARK PINNACLE MONTEREY BAY LLC, CLARK PINNACLE CALIFORNIA MILITARY COMMUNITIES, LLC, and DOES 1-25, INCLUSIVE,<br><br>    Defendants. | |
| AMERICAN MANAGEMENT SERVICES | |

1

| | |
|---|---|
| 1 | CALIFORNIA INC. AND AMERICAN MANAGEMENT SERVICES LLC (D/B/A PINNACLE), |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | MONTEREY BAY MILITARY HOUSING LLC AND CALIFORNIA MILITARY COMMUNITIES LLC |
| 6 | |
| 7 | Counterdefendants. |

## ORDER

Having reviewed the parties' Joint Administrative Motion to Advance Setting of Initial Case Management Conference and to Permit the Parties to Waive the Service of FRCP 26(a)(1) Initial Disclosures, the Court orders as follows:

1. The Case Management Conference presently set for January 22, 2015, is VACATED;

2. A Case Management Conference shall be held in this matter on October 30, 2014 in Courtroom 3, 5th Floor, San Jose;

3. The parties shall file a joint Case Management Statement no later than October 23, 2014; and

4. The parties shall be permitted to waive the service of Initial Disclosures pursuant to FRCP Rule 26(a)(1).

**IT IS SO ORDERED**.

Dated: October 17, 2014

*/s/ Beth Labson Freeman*
HON. BETH L. FREEMAN
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION   Case No. 5:14-cv-03953-BLF
TO ADVANCE SETTING OF INITIAL CASE MANAGEMENT CONFERENCE