UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PINNACLE MONTEREY LLC, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-03953-BLF<br><br>**CASE MANAGEMENT ORDER** |

On October 30, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts<br>Responsive Expert Reports<br>Rebuttal Expert Reports | 03/27/2015<br>05/15/2015<br>05/29/2015 |
| Fact Discovery Cut-Off | 02/27/2015 |
| Expert Discovery Cut-Off | 06/19/2015 |
| Last Day to Hear Dispositive Motions | 05/07/2015 at 9:00 am |
| Final Pretrial Conference | 07/16/2015 at 2:30 pm |
| Trial | 08/03/2015 at 9:00 am |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

6 Dated: October 30, 2014

_____
BETH LABSON FREEMAN
United States District Judge