UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, CLARK PINNACLE MONTEREY BAY, LLC, CLARK MONTEREY PRESIDIO, LLC, CALIFORNIA MILITARY COMMUNITIES, LLC, CLARK PINNACLE CALIFORNIA MILITARY COMMUNITIES, LLC and CLARK IRWIN, LLC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PINNACLE MONTEREY, LLC, PINNACLE IRWIN, LLC, AMERICAN MANAGEMENT SERVICES CALIFORNIA, INC., AMERICAN MANAGEMENT SERVICES, LLC D/B/A PINNACLE, GOODMAN REAL ESTATE, INC., GOODMAN FINANCIAL SERVICES, INC., STANLEY HARRELSON and JOHN GOODMAN,<br><br>    Defendants.<br><br>AND RELATED CROSS-COMPLAINT: PINNACLE IRWIN, LLC and PINNACLE MONTEREY, LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CLARK REALTY CAPITAL, LLC, CLARK PINNACLE MONTEREY BAY LLC, CLARK PINNACLE CALIFORNIA MILITARY COMMUNITIES, LLC, and DOES 1-25, INCLUSIVE,<br><br>    Defendants. | Case No. 5:14-CV-03953 BLF-HRL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' STIPULATION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT |

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

# **ORDER**

Having considered the Stipulation to Shorten Time for Hearing on Plaintiffs' Motion to File Fifth Amended Complaint, and the Declaration of Donna M. Welch in support of the Stipulation:

Pursuant to Stipulation, it is hereby ordered that the hearing on Plaintiffs' Motion for Leave to File Fifth Amended Complaint is advanced to ____April 9____, __ 2015.

Dated: February 25, 2015        Signed: _____/s/_____
                                BETH LABSON FREEMAN
                                United States District Judge

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

[Proposed] Order Granting Plaintiffs' Stipulation
Monterey Bay Military Housing v. Pinnacle Monterey
CASE NO. 5:14-CV-03953 BLF-HRL