UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PINNACLE MONTEREY LLC, et al., <br><br> Defendants. | Case No.  14-cv-03953-BLF <br><br> **ORDER GRANTING MOTION TO SCHEDULE A SUBSEQUENT CASE MANAGEMENTCONFERENCE** <br><br> [Re: ECF 129] |

On February 26, 2015, Plaintiffs filed a Motion to Schedule a Subsequent Case Management Conference. ECF 129. The Court construes the motion as one for administrative relief made pursuant to Civil Local Rule 7-11 and finds good cause to GRANT the request.

The parties shall appear for a Further Case Management Conference on April 9, 2015 at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose. Pursuant to Civil Local Rule 16-10(d), the parties shall submit a Joint Case Management Statement no fewer than 7 days before the Further Case Management Conference.

**IT IS SO ORDERED.**

Dated: March 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge