**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, CLARK PINNACLE MONTEREY BAY, LLC, CLARK MONTEREY PRESIDIO, LLC, CALIFORNIA MILITARY COMMUNITIES, LLC, CLARK PINNACLE CALIFORNIA MILITARY COMMUNITIES, LLC and CLARK IRWIN, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> PINNACLE MONTEREY, LLC, PINNACLE IRWIN, LLC, AMERICAN MANAGEMENT SERVICES CALIFORNIA, INC., AMERICAN MANAGEMENT SERVICES, LLC D/B/A PINNACLE, GOODMAN REAL ESTATE, INC., GOODMAN FINANCIAL SERVICES, INC., STANLEY HARRELSON and JOHN GOODMAN, <br><br> Defendants. <br><br> AND RELATED CROSS-COMPLAINT: PINNACLE IRWIN, LLC and PINNACLE MONTEREY, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK REALTY CAPITAL, LLC, CLARK PINNACLE MONTEREY BAY LLC, CLARK PINNACLE CALIFORNIA MILITARY COMMUNITIES, LLC, and DOES 1-25, INCLUSIVE, <br><br> Defendants. | Case No. 5:14-CV-03953 BLF-HRL <br><br> [PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' PROPOSED DISCOVERY PLAN |

[Proposed] Order Granting In Part Plaintiffs' Proposed Discovery Plan
Monterey Bay Military Housing v. Pinnacle Monterey
CASE NO. 5:14-CV-03953 BLF-HRL

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

# ORDER

Having considered Plaintiffs' Proposed Discovery Plan and the supporting Declaration of Jessica Bluebond-Langner, the Court hereby GRANTS IN PART Plaintiffs' Proposed Discovery Plan and Orders that the following depositions take place between May 4, 2015 and May 29, 2015 at times to be mutually agreed to by the parties and third parties:

- A deposition of AMS and AMSC pursuant to FRCP 30(b)(6) to be limited to 1 hour in addition to the 2 hours authorized by the Court on April 10, 2015 and April 21, 2015 (ECF 171 and 192).

- A deposition of Hunt Companies, Inc., pursuant to FRCP 30(b)(6)

- ~~A deposition of Pinnacle Property Management Services, LLC pursuant to FRCP 30(b)(6)~~

- A deposition of Alexander Hutton pursuant to FRCP 30(b)(6)

- A deposition of Grant Thornton LLP pursuant to FRCP 30(b)(6)

- ~~A deposition of Moss Adams LLP pursuant to FRCP 30(b)(6)~~

- ~~A deposition of Hagen, Streiff, Newton & Oshiro Accountants, P.C., pursuant to FRCP 30(b)(6)~~

- A deposition of George Petrie

- ~~A deposition of Scott Orrantia~~

- ~~A deposition of Eric Schwabe~~

- ~~A deposition of Larry Goodman~~

As to the requested depositions that the Court has excluded from this discovery plan, no party may rely on testimony from such witness at trial unless the witness is first made available for deposition.

**IT IS SO ORDERED.**

Dated: April 27, 2015    Signed: _____
The Hon. Beth L. Freeman

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

[Proposed] Order Granting In Part Plaintiffs' Proposed
Discovery Plan
Monterey Bay Military Housing v. Pinnacle Monterey
CASE NO. 5:14-CV-03953 BLF-HRL