UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, CLARK PINNACLE MONTEREY BAY, LLC, CLARK MONTEREY PRESIDIO, LLC, CALIFORNIA MILITARY COMMUNITIES, LLC, CLARK PINNACLE CALIFORNIA MILITARY COMMUNITIES, LLC and CLARK IRWIN, LLC., <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>PINNACLE MONTEREY, LLC, PINNACLE IRWIN, LLC, AMERICAN MANAGEMENT SERVICES CALIFORNIA, INC., AMERICAN MANAGEMENT SERVICES, LLC D/B/A PINNACLE, GOODMAN REAL ESTATE, INC., GOODMAN FINANCIAL SERVICES, INC., STANLEY HARRELSON and JOHN GOODMAN, <br><br>　　　　Defendants. <br><br>AND RELATED CROSS-COMPLAINT: PINNACLE IRWIN, LLC and PINNACLE MONTEREY, LLC, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>CLARK REALTY CAPITAL, LLC, CLARK PINNACLE MONTEREY BAY LLC, CLARK PINNACLE CALIFORNIA MILITARY COMMUNITIES, LLC, and DOES 1-25, INCLUSIVE, <br><br>　　　　Defendants. | Case No. 5:14-CV-03953 BLF-HRL <br><br>[PROPOSED] CORRECTED ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |

[Proposed] Order Granting Plaintiffs' Motion to
Remove Incorrectly Filed Documents
Monterey Bay Military Housing v. Pinnacle Monterey
CASE NO. 5:14-CV-03953 BLF-HRL

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

**ORDER**

Having considered Plaintiffs' Motion to Remove Incorrectly Filed Documents,

IT IS HEREBY ORDERED that documents incorrectly filed ~~as Docket Nos. 146-9, 146-10, and 181-174~~ at ECF 146-10, 146-11, and 181-6 be removed from the Court's record.

Dated: May 11, 2015           Signed: *[signature]*
                                      BETH LABSON FREEMAN
                                      United States District Judge

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

[Proposed] Order Granting Plaintiffs' Motion to
Remove Incorrectly Filed Documents
Monterey Bay Military Housing v. Pinnacle Monterey
CASE NO. 5:14-CV-03953 BLF-HRL