UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PINNACLE MONTEREY LLC, et al.,<br><br>　　　　Defendants. | Case No.   14-cv-03953-BLF<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE** |

In light of the Court's trial schedule, the final pretrial conference in this case is HEREBY CONTINUED to **July 16, 2015 at 2:30 p.m.** in Courtroom 3, 5th Floor, San Jose. In the event that the Court is unable to address all pretrial issues on the day of the conference, the parties should be prepared to return on July 17.

The due date for oppositions to the parties' motions *in limine* remains July 2, 2015. Other pretrial filings normally due 7 days before the pretrial conference may be delayed in accordance with the continued pretrial conference date.

**IT IS SO ORDERED.**

Dated: July 1, 2015

_____
BETH LABSON FREEMAN
United States District Judge