UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PINNACLE MONTEREY LLC, et al.,<br><br>        Defendants. | Case No.  14-cv-03953-BLF<br><br>**ORDER AFTER SUMMARY JUDGMENT** |

Following the Court's rulings on summary judgment, the parties are hereby ordered to file revised jury instructions and proposed verdict forms **by no later than noon on July 16, 2015**. The Court understands that the timing of the summary judgment order requires additional work by the parties and appreciates the effort.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____
BETH LABSON FREEMAN
United States District Judge