UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al., | No. CV14-03953 BLF |
| Plaintiffs, | ORDER ASSESSING JURY FEES |
| v. | |
| PINNACLE MONTEREY LLC, et al., | |
| Defendant. | |

Because the parties settled this matter after the jury pool was asked to appear for jury selection, in accordance with this court's General Order 40-1, **IT IS HEREBY ORDERED** that the jury attendance fees and expenses in the amount of $4,796.20 (see attached) are assessed to and shall be paid by the parties.

Each party shall pay $2,398.10 by check payable to the Clerk of Court, United States District Court by 09/14/2015.

Dated:  8 - 10 · 2015

Beth L. Freeman
United States District Judge

COST ASSESSMENT BILL
MONTEREY BAY V PINNACLE MONTEREY
CV14-03953 BLF

| ATTENDANCE DATE | ATTTENDANCE | MILEAGE | PARKING | BRIDGE TOLLS | COFFEE SERVICE | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| 6-Aug-15 | $2,600.00 | $1,320.20 | $876.00 | n/a | n/a | **$4,796.20** |