1   Marc H. Cohen, Esq. (State Bar No. 168773)
    mcohen@kirkland.com
2   Kirkland & Ellis LLP
    3330 Hillview Avenue
3   Palo Alto, CA 94304
    Telephone: (650) 859-7000
4   Facsimile: (650) 859-7500

5   Jeffrey L. Willian, Esq. (*pro hac vice*)
    Donna M. Welch, Esq. (*pro hac vice*)
6   Kirkland & Ellis LLP
    300 North LaSalle
7   Chicago, IL 60654
    Telephone: (312) 862-2000
8   Facsimile: (312) 862-2200

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                          **SAN JOSE DIVISION**

13

14   MONTEREY BAY MILITARY HOUSING,
     LLC, CLARK PINNACLE MONTEREY BAY       Case No. 5:14-CV-03953 BLF
15   LLC, CLARK MONTEREY PRESIDIO LLC,
     CALIFORNIA MILITARY COMMUNITIES        **DECLARATION OF YATES M.**
16   LLC, CLARK PINNACLE CALIFORNIA         **FRENCH IN SUPPORT OF**
     MILITARY COMMUNITIES LLC and CLARK     **PLAINTIFFS' EMERGENCY MOTION**
17   IRWIN, LLC,                            **TO ENFORCE BINDING TERM SHEET**

18              Plaintiffs,                 COURTROOM: 3, Fifth Floor

19         vs.                              JUDGE: Hon. Beth L. Freeman

20

21   PINNACLE MONTEREY LLC, PINNACLE
22   IRWIN LLC, AMERICAN MANAGEMENT
     SERVICES CALIFORNIA INC., AMERICAN
23   MANAGEMENT SERVICES LLC D/B/A
     PINNACLE, GOODMAN REAL ESTATE,
24   INC., GOODMAN FINANCIAL SERVICES,
     INC., STANLEY HARRELSON and JOHN
25   GOODMAN,

26              Defendants.

27

28   AND RELATED CROSS-COMPLAINT:

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

                              Declaration of  Yates M. French
            Monterey Bay Military Housing v. Pinnacle Monterey
                              Case No. 5:14-CV-03953 BLF

PINNACLE IRWIN, LLC and PINNACLE
MONTEREY, LLC,

            Plaintiffs,

     vs.

CLARK REALTY CAPITAL, L.L.C., CLARK
PINNACLE MONTEREY BAY LLC, CLARK
PINNACLE CALIFORNIA MILITARY
COMMUNITIES LLC, and DOES 1-25,
INCLUSIVE,

            Defendants.

AMERICAN MANAGEMENT SERVICES
CALIFORNIA INC. and AMERICAN
MANAGEMENT SERVICES LLC (D/B/A
PINNACLE),

            Counterclaimants,

vs.

MONTEREY BAY MILITARY HOUSING LLC
AND CALIFORNIA MILITARY
COMMUNITIES LLC

            Counterdefendants.

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

Declaration of Yates M. French
Monterey Bay Military Housing v. Pinnacle Monterey
Case No. 5:14-CV-03953 BLF

I, Yates M. French, hereby declare:

1. I am an attorney at Kirkland & Ellis LLP, and am counsel of record in this case, representing Plaintiffs. The facts stated herein are true of my own personal knowledge, except as to any matters stated on information and belief, and as to those matters, I am informed and believe them to be true. If called as a witness in this matter, I could and would competently testify as to the matters set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Binding Term Sheet.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the August 12, 2015 D. Welch Email to T. Dutton, K. Kimmey.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the August 17, 2015 D. Welch Email to T. Dutton.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the August 18, 2015 T. Dutton Email to D. Welch.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the August 19, 2015 D. Welch Email to T. Dutton.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the August 20, 2015 T. Dutton Email to D. Welch.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the August 20, 2015 D. Welch Email to T. Dutton.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the redline version of the Unconditional Guaranty.

10. Attached hereto as **Exhibit 9** is a true and correct copy of redlined versions of the Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing, the PPMS Note Pledge Agreement, the BAF Note Pledge Agreement and the GRE Pledge and Security Agreement.

11. On August 24, 2015 I logged on to the King County Assessor's website and reviewed the assessed value for Tax Parcels 277110-0685, 281802-0020, and 281802-0030, which I understand to be the tax parcel numbers for the warehouse and residence that John Goodman

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

Declaration of Yates M. French
Monterey Bay Military Housing v. Pinnacle Monterey
Case No. 5:14-CV-03953 BLF

has caused to be pledged to secure his personal guaranty.  The assessed values for these properties were $1,727,500, $1,555,300, and $345,500 respectively.

12. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  This declaration was executed this 24th day of August, 2015 in Chicago, Illinois.

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

Declaration of Yates M. French
Monterey Bay Military Housing v. Pinnacle Monterey
Case No. 5:14-CV-03953 BLF

1

2   DATED: August 24, 2015                     Respectfully submitted,

3

4                                              /s/ Yates M. French

5                                              Yates M. French, Esq., (*pro hac vice*)
                                               Kirkland & Ellis LLP
6                                              300 N. LaSalle
                                               Chicago, IL 60654
7                                              Telephone: (312) 862-2000
                                               Facsimile: (312) 862-2200

8                                              Attorney for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on August 24, 2015 that a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court of the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.


DATED: August 24, 2015                    KIRKLAND & ELLIS LLP


Respectfully submitted,

*/s/ Marc H. Cohen*                              

Marc H. Cohen, Esq. (State Bar No. 168773)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, CA  94303
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

Jeffrey L. Willian, P.C. (*pro hac vice*)
Donna M. Welch, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304

Declaration of Yates M. French
Monterey Bay Military Housing v. Pinnacle Monterey
Case No. 5:14-CV-03953 BLF