UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PINNACLE MONTEREY LLC, et al.,<br><br>　　　　Defendants. | Case No.　14-cv-03953-BLF<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Re: ECF 437] |

The parties have filed a Joint Stipulation for Dismissal with Prejudice, stating that they have fully and satisfactorily performed their obligations under the Binding Term Sheet regarding settlement of this matter. Pursuant to the parties' request, the Court dismisses this action with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
BETH LABSON FREEMAN
United States District Judge